B 250B
(8/96)

# United States Bankruptcy Court

__MIDDLE__ District Of __GEORGIA__

In re  Alpha Protective Services, Inc.,    )
             Debtor                                   )   Case No.  12-70482
                                           )
Neil C. Gordon, as Trustee in Bankruptcy for Alpha  )
Protective Services, Inc.                  )
             Plaintiff                                )
                                           )
v.                                         )
American Pawn Shop, Inc., as an initial Transferee or,  )   Adv. Proc. No. 14-07017
as Immediate Transferee; Alpha Consulting   )
Engineers, LLC f/k/a Alpha Construction &   )
Engineering, LLC f/k/a APS-AEC, LLC, as Initial  )
Transferee or as conduit to American Pawn Shop, Inc.  )
             Defendant                                )

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

To: American Pawn Shop, Inc.

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address Of Clerk | **US Bankruptcy Court**<br>**433 Cherry Street**<br>**P.O. Box 1957**<br>**Macon, GA 31202** |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> **Fife M. Whiteside**
> **Fife M. Whiteside, P.C.**
> **P.O. Box 5383**
> **Columbus, GA 31906**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address<br>United States Bankruptcy Court<br>One Arsenal Place<br>901 Front Avenue<br>Columbus, GA 31901 | Room 309 |
|---|---|
| | Date and Time<br>05/23/14 @ 2:00 PM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Kyle George, Clerk*
*U.S. Bankruptcy Court*

By: **s/ Kyle George**
*Deputy Clerk*

Issued: 04/09/2014