# FIFE M. WHITESIDE, P. C.
1124 Lockwood Ave.
Columbus, Georgia 31906
Phone: (706) 320-1215
Fax: (706) 320-1217

**Admitted:**
Georgia and Mississippi

**Mailing Address:**
P. O. Box 5383
Columbus, GA 31906

April 18, 2014

<u>CERTIFIED MAIL</u>
7011 2000 0001 8038 8676

American Pawn Shop, Inc.
Attn: J. Steven Hufstetler, R.A.
1306 A E. Jackson St
Thomasville, GA 31792

  In re: Alpha Protective Services, Inc.
     Chapter 7; Case No. 12-70482

     Neil C. Gordon, as Trustee in Bankruptcy for Alpha Protective Services, Inc.
     v.
     American Pawn Shop, Inc., as an initial Transferee or as Immediate Transferee;
     Alpha Consulting Engineers, LLC f/k/a Alpha Construction & Engineering, LLC
     f/k/a APS-AEC, LLC, as Initial Transferee or as conduit to American Pawn Shop,
     Inc.
     Adv. Proc. No. 14-07017

Dear Sir or Madame:

  Yesterday you were served by uncertified mail, as permitted by Rule of Bankruptcy Procedure 7004, a copy of a summons and a complaint directed to you or your company, by which you are asked to be required to return certain payments made to you or your company by Alpha Protective Services, Inc. Copies of the complaint and service return are enclosed.

  **You are urged to consult your attorney if you have one, and to retain an attorney if you do not, to provide you with advice in this matter.**

  This notwithstanding, please note the following:

    a) unlike other notices that you may have received in this case, this summons is a notice directed to you, requiring your response, and on failure of your response making possible a default judgment against you or your company;

    b) the response date is calculated based on the date of issuance of the summons, and you should check the summons to determine the date that it was issued (not from date of mailing or service), and make response

April 18, 2014
Page 2

        within thirty (30) days after date of issuance, noting that if the 30th day falls on a weekend or a holiday, it would be carried forward to the next business day;

c) you or your company may avoid having to provide a response, by simply repaying the amounts that you were paid, for which recover is sought;

d) if you are an individual you may respond without an attorney, but if you are a corporation, you will be required to obtain counsel to file a response;

e) on request of you individually, or if you are a corporation, your counsel, the Trustee will grant you additional time to respond, as long as it does not delay the scheduled pre-trial conference, the date for which is set forth on the summons that you received. However, no extension may be granted except in writing.

**Again, if you do not take action as suggested in the preceding paragraph, a default judgment may be entered against you or your company, and you or your company will be required to repay the funds that you or your company have received from the debtor, without an opportunity to make a defense thereto.**

Please do not hesitate to call if this office if you have any questions, but we cannot provide you with any legal advice concerning the summons and complaint, and again urge you to engage counsel if you have not already done so.

Thanking you, I am

Very truly yours,

Fife M. Whiteside

FMW/bel
Enclosure
cc:    U.S. Trustee
       Wesley J. Boyer
       Neil C. Gordon
       Clerk (for filing in Adversary Proceeding)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

THOMASVILLE GA 31792

| | | |
|---|---|---|
| Postage | $1.40 | 0508 |
| Certified Fee | $3.30 | 03 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $7.40 | 04/18/2014 |

7011 2000 0001 8038 8676

Sent To: American Pawn Shop, Inc.
Attn: J. Steven Hufstetler, R.A.
1306 A E. Jackson St
Thomasville, GA 31792

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Pawn Shop, Inc.
Attn: J. Steven Hufstetler, R.A.
1306 A E. Jackson St
Thomasville, GA 31792

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Cheryl Hartley_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): C. Date of Delivery: 4-22-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7011 2000 0001 8038 8676

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540