1.

Please state the identity, address, telephone number and place of employment of all persons, you know of, who have knowledge of any facts or circumstances upon which you base your complaint or answer, as the case may be.

2.

Please state the existence, description, nature, custody, condition, and location of any books, documents or other tangible things, you know of, which might constitute or contain facts or circumstances upon which you base your complaint or answer, as the case may be, or which might be reasonably calculated to lead to the discovery of such facts or circumstances.

3.

Please state generally, the nature, circumstances of, and contents of any admissions or adverse statements you have, or are aware of, given by party serving these interrogatories, or any of its agents.

4.

Please identify each person whom you expect to call as an expert witness at trial, and state the subject matter on which each expert is expected to testify, and state the substance of the facts and opinions to which each expert is expected to testify and a summary for the grounds for each opinion.

5.

Prior to answering these interrogatories have all responding parties, and each responding party's attorney, made a due and diligent search of responding party's notes, records, papers, files and all pertinent materials, and a due and diligent inquiry of all responding party's agents, with a view of eliciting all information available in this action?

6.

Please identify all transfers of property made by Alpha Protective Services, Inc. ("Debtor" or "Alpha") to or for the benefit of Respondent, between April 2, 2010 and April 12, 2012. Please identify what type of property was transferred (cash or tangible goods, such as returns), how the transfer was accomplished (whether by check or by wire transfer), for what the transfer was consideration (e.g., what antecedent debt, if any), and the date that the transfer was accomplished. Please also identify all documents you have related to the transfer.

7.

Please identify all transfers of property made by Alpha Protective Services, Inc. ("Debtor" or "Alpha") to or for the benefit of Respondent, between April 12, 2012 and January 12, 2013. Please identify what type of property was transferred (cash or tangible goods, such as returns), how the transfer was accomplished (whether by check or by wire transfer), and the date that the transfer was accomplished. Please also identify all documents you have related to the transfer. If you contend that the transfer was court authorized, identify the order authorizing same.

8.

If you claim that the Debtor was solvent at the time of any of the transfers identified in response to Paragraphs 6 and 7, please state every fact or matter of evidence which you are aware would support that proposition, including in your identification any documents you have related to the solvency of the Debtor. Include in your response how much you contend the Debtor was solvent.

9.

If you have taken the position as you provided that there was a contemporaneous exchange for new value, within the definitions of 11 U.S.C. § 547(a)(1) and 11 U.S.C. § 547(c)(1), please identify the exchange, stating what the exchange was, how it was made, its value, and identifying any documents associated therewith.

10.

To the extent that you contend that any of the transfers identified in response to Interrogatories No. 6 and 7 are made in the ordinary course of business or financial affairs of the Debtor, as provided in 11 U.S.C. § 547(c)(2)(A) please identify every fact which you are aware that supports that proposition. Include in this response a payment history showing dates of prior invoices and payments, through and including April 2, 2010, so that a payment history may be established.

11.

To the extent that you contend that transfers identified in response to Interrogatories No. 6 and 7 were made according to ordinary business terms, as provided in 11 U.S.C. § 547(c)(2)(B), standard, as identified within the industry, please identify all facts or matters of evidence you have which would support that proposition, including any other payment histories

that you contend are probative, any learned treaties or publications which you contend are probative, and any internal documents you have which you contend are probative.

12.

If you contend that after each of the transfers identified in response to Interrogatory Nos. 5 and 6, you gave new value to or for the benefit of the Debtor, as defined by 11 U.S.C. § 547(a)(2), not secured by and otherwise unavoidable security interest, and on account of which you value the Debtor did not make an otherwise unavoidable transfer to or for the benefit of such creditor, as provided in 11 U.S.C. § 547(c)(4), please identify such new value, stating the amount, the type of new value, how the transaction of the new value was accomplished, and any documents that support that such new value was given.

13.

If the Respondent contends it is or was the holder of a valid, attached and perfected security interest, in property of the Debtor, to secure the antecedent debt repaid as identified in response to Interrogatory Nos. 5 and 6, please identify the collateral, state the value of the collateral and method of evaluation, identify all documents by which the security interest was created, attached and perfected, and to the extent that there is a relationship between the payment and the collateral, state the nature of the relationship.

14.

Please identify the type of business in which you are engaged, including the industry, form of existence (corporate or limited liability company, etc.), the date of formation (or if an individual or sole proprietor when business began), the principals, if the shareholders of the company is not publicly traded, and all business locations, specifically identifying the business location with which the Debtor did business.

15.

Please identify all relationships between the Respondent, the Debtor and any companies related to the Debtor, the Respondent and any shareholders or employees of the Debtor, and any relationships which might serve to create an insider status for the Respondent with respect to the Debtor.  Please provide in your response a history of the relationship, when and how the relationship began.

This 1st day of August, 2014.

_____
FIFE M. WHITESIDE
GA Bar No. 756025

P.O. Box 5383
Columbus, GA 31906
(706) 320-1215

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day served a true and accurate copy

of the within and foregoing **Plaintiff's First Interrogatories to Defendant (American Pawn**

**Shop, Inc.)** by mailing same U.S. postage prepaid on the following individuals or firms, who are

counsel for all parties herein, and/or in the event a party is unrepresented, any party pro se:

U.S. Trustee
440 Martin Luther King Jr Blvd
Suite 302
Macon, GA 31201

Mr. Karl Osmus
1010 Williams Street
Valdosta, GA 31601

This 1st day of August, 2014.

_____
FIFE M. WHITESIDE



**PAWN CONTRACT**
(for ALL types of pawn transac
PAGE: 1 of 1

Pawnbroker/ Creditor

AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

*71,875 get. 4-9-2012*

| | |
|---|---|
| Name of Pledgor/Seller | Identification Number | Loan |
| JEFFERY BRUCE BRINSON | GA DRIVERS LICENSE 051617318 | 123299 |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | PDH |

Date Made 04/04/2012   Time Made 04:45:00 PM   04/16/2012

The amount of cash advanced or credit extended to you. $ 65000.00

You are giving a security interest in the following items:
1) CAR TITLE: OTHER; DODGE 3500, #3C63D3NLXCG163901;
2012 3500 DIESEL GRY MEGA CAB 4X4
2) CAR TITLE: OTHER; DODGE 2500, #3D7UT2CL9BG57465;
2011 2500 DIESEL 4X4 BLK CREW CAB
3) CAR TITLE: OTHER; DODGE 2500, #3D7UT2CL7BG625395;
2011 4X4 DIESEL CREW CAB WHITE

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default. and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date; $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 . If all other charges and fees are current. During the grace period following any extension after the 2nd. you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 65000.00 | $ 65000.00 | $ |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

---

Pawnbroker/ Creditor

AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 1

| | |
|---|---|
| Name of Pledgor/Seller | Identification Number | Loan Number |
| JEFFERY BRUCE BRINSON | GA DRIVERS LICENSE 051617318 | 123299 |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

Date Made 04/04/2012   Time Made 04:45:00 PM   04/16/2012

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | PDH |

The amount of cash advanced or credit extended to you. $ 65000.00

You are giving a security interest in the following items:
1) CAR TITLE: OTHER; DODGE 3500, #3C63D3NLXCG163901;
2012 3500 DIESEL GRY MEGA CAB 4X4
2) CAR TITLE: OTHER; DODGE 2500, #3D7UT2CL9BG57465;
2011 2500 DIESEL 4X4 BLK CREW CAB
3) CAR TITLE: OTHER; DODGE 2500, #3D7UT2CL7BG625395;
2011 4X4 DIESEL CREW CAB WHITE

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 . If all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 65000.00 | $ 65000.00 | $ |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/
Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | |

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
10027681

| Date Made | Time Made |
|---|---|
| 04/04/2012 | 09:22:00 AM |

You are giving a security interest in the following items:

1) TRACTOR: OTHER; JOHN DEERE 5045D,
#1PY5045DJAB003018; 5045D W/512 FRT END LOADER
2) TRACTOR: OTHER; JOHN DEERE 5065E, #PY5065U000484;
5065E 4WHL DR W/512 FRT END LOADER
3) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE,
#SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER

The amount of
cash advanced or credit extended to you. $ 46000.00

The dollar
amount the credit will cost you. $ N/A

Amount required
to redeem pawn on or before the Maturity Date. $ N/A

The cost of your credit as a yearly rate. N/A %

1 @ $  N/A

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $  0.00 | $  0.00 | $  0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $  46000.00 | $  46000.00 | $ |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

---

Pawnbroker/
Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | |

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
10027681

| Date Made | Time Made |
|---|---|
| 04/04/2012 | 09:22:00 AM |

You are giving a security interest in the following items:

1) TRACTOR: OTHER; JOHN DEERE 5045D,
#1PY5045DJAB003018; 5045D W/512 FRT END LOADER
2) TRACTOR: OTHER; JOHN DEERE 5065E, #PY5065U000484;
5065E 4WHL DR W/512 FRT END LOADER
3) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE,
#SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER

The amount of
cash advanced or credit extended to you. $ 46000.00

The dollar
amount the credit will cost you. $ N/A

Amount required
to redeem pawn on or before the Maturity Date. $ N/A

The cost of your credit as a yearly rate. N/A %

1 @ $  N/A

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $  0.00 | $  0.00 | $  0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $  46000.00 | $  46000.00 | $ |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co. Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/ Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 2 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
10027681

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

Date Made
04/04/2012

Time Made
09:22:00 AM

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

The amount of cash advanced or credit extended to you. $ 46000.00

You are giving a security interest in the following items:

4) TRAILER; VEHICLES: ANDERSON; 29' DUAL TANDEM AXLE

5) MISC.; OTHER: WITHIN 30 DAYS; APS WILL SELL BACK ALL FOR 51,750.00

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced | | | |
| $ 46000.00 | $ 46000.00 | $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co. Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/ Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 2 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
10027681

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

Date Made
04/04/2012

Time Made
09:22:00 AM

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

The amount of cash advanced or credit extended to you. $ 46000.00

You are giving a security interest in the following items:

4) TRAILER; VEHICLES: ANDERSON; 29' DUAL TANDEM AXLE

5) MISC.; OTHER: WITHIN 30 DAYS; APS WILL SELL BACK ALL FOR 51,750.00

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced | | | |
| $ 46000.00 | $ 46000.00 | $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co. Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/
Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 2

*$51,000 p.d.*
*4-18-12 — Funds were received & deposited*
*4-9-12 Recorded on Comp, Inc 4-18-12*

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 123538 |
| Date Made 04/16/2012 | Time Made 10:22:00 AM | 04·16·2012 |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In PDH | Phone 912 225-9388 | Race I | Sex M | D.O.B 11/16/1965 | Height 5' 07" | Weight 180 | Emp Out PDH |
|---|---|---|---|---|---|---|---|

The amount of
cash advanced or credit extended to you. $        46000.00

You are giving a security interest in the following items:
1) TRACTOR: OTHER: JOHN DEERE 5045D,
=1PY5045DJAB003018; 5045D W/512 FRT END LOADER
2) TRACTOR: OTHER: JOHN DEERE 5065E, #PY5065U000484;
5065E 4WHL DR W/512 FRT END LOADER
3) BOAT: SPORTING EQUIPMENT; SEA HUNT 207LE.
=SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER

The dollar
amount the credit will cost you. $

Amount required
to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate.        %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $        0.00 | $        0.00 | $        0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed $   46000.00 | Amount Given to You Directly $        46000.00 | Amount Refinanced $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date:
$                . During the grace period following this transaction
or following the 1st or 2nd extension, you may redeem this transaction for
$        0.00 . if all other charges and fees are current. During
the grace period following any extension after the 2nd, you may redeem this
transaction for $        0.00 . if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

Pledgor/Seller's Signature

---

Pawnbroker/
Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 123538 |
| Date Made 04/16/2012 | Time Made 10:22:00 AM | 04/16/2012 |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In PDH | Phone 912 225-9388 | Race I | Sex M | D.O.B 11/16/1965 | Height 5' 07" | Weight 180 | Emp Out PDH |
|---|---|---|---|---|---|---|---|

The amount of
cash advanced or credit extended to you. $        46000.00

You are giving a security interest in the following items:
1) TRACTOR; OTHER; JOHN DEERE 5045D,
#1PY5045DJAB003018; 5045D W/512 FRT END LOADER
2) TRACTOR; OTHER; JOHN DEERE 5065E, #PY5065U000484;
5065E 4WHL DR W/512 FRT END LOADER
3) BOAT: SPORTING EQUIPMENT; SEA HUNT 207LE.
#SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER

The dollar
amount the credit will cost you. $

Amount required
to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate.        %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $        0.00 | $        0.00 | $        0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed $   46000.00 | Amount Given to You Directly $        46000.00 | Amount Refinanced $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date:
$                . During the grace period following this transaction
or following the 1st or 2nd extension, you may redeem this transaction for
$        0.00 . if all other charges and fees are current. During
the grace period following any extension after the 2nd, you may redeem this
transaction for $        0.00 . if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

Pledgor/Seller's Signature

| Pawnbroker/ Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 | PAWN CONTRACT |
|---|---|---|

**AMERICAN PAWN AND JEWELRY (229) 228-7296**
1302 E JACKSON STREET
THOMASVILLE, GA 31792

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 2 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
123538

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In PDH | Phone 912 225-9388 | Race I | Sex M | D.O.B 11/16/1965 | Height 5' 07" | Weight 180 | Emp Out PDH |
|---|---|---|---|---|---|---|---|

Date Made 04/16/2012    Time Made 10:22:00 AM    04/16/2012

You are giving a security interest in the following items:
4) TRAILER: VEHICLES; ANDERSON; 29' DUAL TANDEM AXLE

The amount of cash advanced or credit extended to you. $   46000.00

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $   0.00 | $   0.00 | $   0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed $   46000.00 | Amount Given to You Directly $   46000.00 | Amount Refinanced $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1006 - 3/1/2015 - Burrell Printing Co. Inc. - 800-531-5234

Pledgor/Seller's Signature

---

**AMERICAN PAWN AND JEWELRY (229) 228-7296**
1302 E JACKSON STREET
THOMASVILLE, GA 31792

Pawnbroker/ Creditor

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 2 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
123538

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In PDH | Phone 912 225-9388 | Race I | Sex M | D.O.B 11/16/1965 | Height 5' 07" | Weight 180 | Emp Out PDH |
|---|---|---|---|---|---|---|---|

Date Made 04/16/2012    Time Made 10:22:00 AM    04/16/2012

You are giving a security interest in the following items:
4) TRAILER: VEHICLES; ANDERSON; 29' DUAL TANDEM AXLE

The amount of cash advanced or credit extended to you. $   46000.00

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $   0.00 | $   0.00 | $   0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed $   46000.00 | Amount Given to You Directly $   46000.00 | Amount Refinanced $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1006 - 3/1/2015 - Burrell Printing Co. Inc. - 800-531-5234

Pledgor/Seller's Signature

Pawnbroker/
Creditor

## AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10027681 |

| Date Made | Time Made |
|---|---|
| 04/04/2012 | 09:22:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | |

You are giving a security interest in the following items:

1) TRACTOR; OTHER; JOHN DEERE 5045D,
#1PY5045DJAB003018; 5045D W/512 FRT END LOADER
2) TRACTOR; OTHER; JOHN DEERE 5065E, #PY5065U000484;
5065E 4WHL DR W/512 FRT END LOADER
3) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE,
#SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER

| The amount of cash advanced or credit extended to you. $ | 46000.00 |
|---|---|
| The dollar amount the credit will cost you. $ | N/A |
| Amount required to redeem pawn on or before the Maturity Date. $ | N/A |
| The cost of your credit as a yearly rate. | N/A % |

1 @ $ N/A

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current, | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 46000.00 | $ 46000.00 | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1008 - 3/1/2015 - Burrell Printing Co. Inc - 800-531-5234

Amount you must pay to redeem this transaction on or before the maturity date.
$ ____ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 . if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

_____
Pledgor/Seller's Signature

---

Pawnbroker/
Creditor

## AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10027681 |

| Date Made | Time Made |
|---|---|
| 04/04/2012 | 09:22:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | |

You are giving a security interest in the following items:

1) TRACTOR; OTHER; JOHN DEERE 5045D,
#1PY5045DJAB003018; 5045D W/512 FRT END LOADER
2) TRACTOR; OTHER; JOHN DEERE 5065E, #PY5065U000484;
5065E 4WHL DR W/512 FRT END LOADER
3) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE,
#SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER

| The amount of cash advanced or credit extended to you. $ | 46000.00 |
|---|---|
| The dollar amount the credit will cost you. $ | N/A |
| Amount required to redeem pawn on or before the Maturity Date. $ | N/A |
| The cost of your credit as a yearly rate. | N/A % |

1 @ $ N/A

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current, | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 46000.00 | $ 46000.00 | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co. Inc - 800-531-5234

Amount you must pay to redeem this transaction on or before the maturity date.
$ ____ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 . if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

_____
Pledgor/Seller's Signature

Pawnbroker/
Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE:2 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

You are giving a security interest in the following items:

4) TRAILER: VEHICLES; ANDERSON; 29' DUAL TANDEM AXLE

5) MISC.: OTHER: WITHIN 30 DAYS; APS WILL SELL BACK ALL FOR 51,750.00

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10027681 |

| Date Made | Time Made |
|---|---|
| 04/04/2012 | 09:22:00 AM |

The amount of cash advanced or credit extended to you.   $   46000.00

The dollar amount the credit will cost you.   $

Amount required to redeem pawn on or before the Maturity Date.   $

The cost of your credit as a yearly rate.   %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $   0.00 | $   0.00 | $   0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date:
$                    . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $   0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $   0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $   46000.00 | $   46000.00 | $ |

**X** _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

---

Pawnbroker/
Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE:2 of 2

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

You are giving a security interest in the following items:

4) TRAILER: VEHICLES; ANDERSON; 29' DUAL TANDEM AXLE

5) MISC.: OTHER: WITHIN 30 DAYS; APS WILL SELL BACK ALL FOR 51,750.00

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10027681 |

| Date Made | Time Made |
|---|---|
| 04/04/2012 | 09:22:00 AM |

The amount of cash advanced or credit extended to you.   $   46000.00

The dollar amount the credit will cost you.   $

Amount required to redeem pawn on or before the Maturity Date.   $

The cost of your credit as a yearly rate.   %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $   0.00 | $   0.00 | $   0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date:
$                    . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $   0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $   0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $   46000.00 | $   46000.00 | $ |

**X** _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

**Pawnbroker/Creditor**

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

*27c en*

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 1

| Name of Pledgor/Seller | Identification Number | Loan Number |
|---|---|---|
| JEFFERY BRUCE BRINSON | GA DRIVERS LICENSE 051617318 | 10024825 |

| Address of Pledgor/Seller | Date Made | Time Made |
|---|---|---|
| 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | 02/02/2011 | 11:34:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

You are giving a security interest in the following items:
1) HANDGUN: FIREARM: GLOCK 19, #HSS394, 9MM. SEMI-AUTO: ORG CASE, 3-15 RD MAGS
2) HANDGUN: FIREARM: GLOCK 19, #HSS411, 9MM. SEMI-AUTO: ORG CASE, 3-15 RD MAGS
3) HANDGUN: FIREARM: GLOCK 19, #HSS389, 9MM. SEMI-AUTO: ORG CASE, 3-15RD MAGS

| | |
|---|---|
| The amount of cash advanced or credit extended to you. $ | 810.00 |
| The dollar amount the credit will cost you. $ | N A |
| Amount required to redeem pawn on or before the Maturity Date. $ | N A |
| The cost of your credit as a yearly rate. | N A % |

1 @ $ N/A

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default. and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 810.00 | $ 810.00 | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

---

**Pawnbroker/Creditor**

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 1 of 1

| Name of Pledgor/Seller | Identification Number | Loan Number |
|---|---|---|
| JEFFERY BRUCE BRINSON | GA DRIVERS LICENSE 051617318 | 10024825 |

| Address of Pledgor/Seller | Date Made | Time Made |
|---|---|---|
| 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | 02/02/2011 | 11:34:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

You are giving a security interest in the following items:
1) HANDGUN: FIREARM: GLOCK 19, #HSS394, 9MM. SEMI-AUTO: ORG CASE, 3-15 RD MAGS
2) HANDGUN: FIREARM: GLOCK 19, #HSS411, 9MM. SEMI-AUTO: ORG CASE, 3-15 RD MAGS
3) HANDGUN: FIREARM: GLOCK 19, #HSS389, 9MM. SEMI-AUTO: ORG CASE, 3-15RD MAGS

| | |
|---|---|
| The amount of cash advanced or credit extended to you. $ | 810.00 |
| The dollar amount the credit will cost you. $ | N/A |
| Amount required to redeem pawn on or before the Maturity Date. $ | N A |
| The cost of your credit as a yearly rate. | N/A % |

1 @ $ N/A

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 810.00 | $ 810.00 | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

| Pawnbroker/ Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 1302 E JACKSON STREET THOMASVILLE, GA 31792 | PAWN CONTRACT (for ALL types of pawn transactions) PAGE: 1 of 6 |
|---|---|---|

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10024824 |

| Date Made | Time Made |
|---|---|
| 02/02/2011 | 11:11:00 AM |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | 1 | M | 11/16/1965 | 5'07" | 180 | |

You are giving a security interest in the following items:
1) HANDGUN; FIREARM: GLOCK 19, #HSS421, 9MM,
SEMI-AUTO: 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS
2) HANDGUN; FIREARM: GLOCK 19, #HSS420, 9MM,
SEMI-AUTO: 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS
3) HANDGUN; FIREARM: GLOCK 19, #HSS406, 9MM,
SEMI-AUTO: 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS

The amount of cash advanced or credit extended to you. $ 4320.00

The dollar amount the credit will cost you. $ N/A

Amount required to redeem pawn on or before the Maturity Date. $ N/A

The cost of your credit as a yearly rate. N/A %

1 @ $ N/A

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 4320.00 | $ 4320.00 | $ |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 - if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co  Inc - 800-531-5234

_____
Pledgor/Seller's Signature

---

| Pawnbroker/ Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 1302 E JACKSON STREET THOMASVILLE, GA 31792 | PAWN CONTRACT (for ALL types of pawn transactions) PAGE: 1 of 6 |
|---|---|---|

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10024824 |

| Date Made | Time Made |
|---|---|
| 02/02/2011 | 11:11:00 AM |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | 1 | M | 11/16/1965 | 5'07" | 180 | |

You are giving a security interest in the following items:
1) HANDGUN; FIREARM: GLOCK 19, #HSS421, 9MM,
SEMI-AUTO: 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS
2) HANDGUN; FIREARM: GLOCK 19, #HSS420, 9MM,
SEMI-AUTO: 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS
3) HANDGUN; FIREARM: GLOCK 19, #HSS406, 9MM,
SEMI-AUTO: 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS

The amount of cash advanced or credit extended to you. $ 4320.00

The dollar amount the credit will cost you. $ N/A

Amount required to redeem pawn on or before the Maturity Date. $ N/A

The cost of your credit as a yearly rate. N/A %

1 @ $ N/A

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 4320.00 | $ 4320.00 | $ |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co  Inc - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/
Creditor

AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 2 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
10024824

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

Date Made
02/02/2011

Time Made
11:11:00 AM

| Emp In PDH | Phone 912 225-9388 | Race I | Sex M | D.O.B 11/16/1965 | Height 5' 07" | Weight 180 | Emp Out |

The amount of cash advanced or credit extended to you.    $    4320.00

You are giving a security interest in the following items:
4) HANDGUN; FIREARM; GLOCK 19, #HSS397, 9MM,
SEMI-AUTO; ORG CASE, 3-15 RD MAGS
5) HANDGUN; FIREARM; GLOCK 19, #HSS399, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS
6) HANDGUN; FIREARM; GLOCK 19, #HSS383, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The dollar amount the credit will cost you.    $

Amount required to redeem pawn on or before the Maturity Date.  $

The cost of your credit as a yearly rate.    %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $  0.00 | $  0.00 | $  0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $  4320.00 | $  4320.00 | |

Amount you must pay to redeem this transaction on or before the maturity date:
$          . During the grace period following this transaction
or following the 1st or 2nd extension, you may redeem this transaction for
$    0.00 . If all other charges and fees are current. During
the grace period following any extension after the 2nd, you may redeem this
transaction for $    0.00    if all other charges and fees are current

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 · 3/1/2015 · Burrell Printing Co., Inc · 800-531-5234

_____
Pledgor/Seller's Signature

---

Pawnbroker/
Creditor

AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 2 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
10024824

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

Date Made
02/02/2011

Time Made
11:11:00 AM

| Emp In PDH | Phone 912 225-9388 | Race I | Sex M | D.O.B 11/16/1965 | Height 5' 07" | Weight 180 | Emp Out |

The amount of cash advanced or credit extended to you.    $    4320.00

You are giving a security interest in the following items:
4) HANDGUN; FIREARM; GLOCK 19, #HSS397, 9MM,
SEMI-AUTO; ORG CASE, 3-15 RD MAGS
5) HANDGUN; FIREARM; GLOCK 19, #HSS399, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS
6) HANDGUN; FIREARM; GLOCK 19, #HSS383, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The dollar amount the credit will cost you.    $

Amount required to redeem pawn on or before the Maturity Date.  $

The cost of your credit as a yearly rate.    %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $  0.00 | $  0.00 | $  0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $  4320.00 | $  4320.00 | |

Amount you must pay to redeem this transaction on or before the maturity date:
$          . During the grace period following this transaction
or following the 1st or 2nd extension, you may redeem this transaction for
$    0.00 . if all other charges and fees are current. During
the grace period following any extension after the 2nd, you may redeem this
transaction for $    0.00    . if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 · 3/1/2015 · Burrell Printing Co., Inc., · 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/ Creditor

AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 3 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10024824 |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Date Made | Time Made |
|---|---|
| 02/02/2011 | 11:11:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | |

The amount of cash advanced or credit extended to you. $ 4320.00

You are giving a security interest in the following items:
7) HANDGUN; FIREARM; GLOCK 19, #HSS390, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS
8) HANDGUN; FIREARM; GLOCK 19, #HSS417, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS
9) HANDGUN; FIREARM; GLOCK 19, #HSS413, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit; as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current, | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced | | | |
| $ 4320.00 | $ 4320.00 | $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 . if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 . if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1008 - 3/1/2015 - Burrell Printing Co., Inc - 800-531-5234

Pledgor/Seller's Signature

---

Pawnbroker/ Creditor

AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 3 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10024824 |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Date Made | Time Made |
|---|---|
| 02/02/2011 | 11:11:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | |

The amount of cash advanced or credit extended to you. $ 4320.00

You are giving a security interest in the following items:
7) HANDGUN; FIREARM; GLOCK 19, #HSS390, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS
8) HANDGUN; FIREARM; GLOCK 19, #HSS417, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS
9) HANDGUN; FIREARM; GLOCK 19, #HSS413, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current, | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced | | | |
| $ 4320.00 | $ 4320.00 | $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____
Signature or Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS
bpc #10-1008 - 3/1/2015 - Burrell Printing Co., Inc - 800-531-5234

Pledgor/Seller's Signature

Pawnbroker/
Creditor

**AMERICAN PAWN AND JEWELRY (229) 228-7296**
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 4 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
10024824

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

Date Made 02/02/2011   Time Made 11:11:00 AM

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|--------|-------|------|-----|-------|--------|--------|---------|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | |

The amount of cash advanced or credit extended to you.  $   4320.00

You are giving a security interest in the following items:

10) HANDGUN: FIREARM; GLOCK 19, #HSS402, 9MM,
SEMI-AUTO; ORG CASE, 3-15 RD MAGS

11) HANDGUN: FIREARM; GLOCK 19, #HSS418, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

12) HANDGUN: FIREARM; GLOCK 19, #HSS398, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The dollar amount the credit will cost you.  $

Amount required to redeem pawn on or before the Maturity Date.  $

The cost of your credit as a yearly rate.  %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| $ | 0.00 | $   0.00 | $   0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date. $          . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for 0.00 . If all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $   0.00        . if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $   4320.00 | $   4320.00 | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/
Creditor

**AMERICAN PAWN AND JEWELRY (229) 228-7296**
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 4 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Identification Number
GA DRIVERS LICENSE 051617318

Loan Number
10024824

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

Date Made 02/02/2011   Time Made 11:11:00 AM

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|--------|-------|------|-----|-------|--------|--------|---------|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5'07" | 180 | |

The amount of cash advanced or credit extended to you.  $   4320.00

You are giving a security interest in the following items:

10) HANDGUN: FIREARM; GLOCK 19, #HSS402, 9MM,
SEMI-AUTO; ORG CASE, 3-15 RD MAGS

11) HANDGUN: FIREARM; GLOCK 19, #HSS418, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

12) HANDGUN: FIREARM; GLOCK 19, #HSS398, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The dollar amount the credit will cost you.  $

Amount required to redeem pawn on or before the Maturity Date.  $

The cost of your credit as a yearly rate.  %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| $ | 0.00 | $   0.00 | $   0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date. $          . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $   0.00        . if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $   4320.00 | $   4320.00 | |

X _____
Signature or Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/ Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 5 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10024824 |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Date Made | Time Made |
|---|---|
| 02/02/2011 | 11:11:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

The amount of cash advanced or credit extended to you. $ 4320.00

You are giving a security interest in the following items:
13) HANDGUN; FIREARM; GLOCK 19, #HSS405, 9MM,
SEMI-AUTO; ORG CASE, 2-15 RD MAGS
14) HANDGUN; FIREARM; GLOCK 19, #HSS412, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS
15) HANDGUN; FIREARM; GLOCK 19, #HSS403, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| $ | 0.00 | 0.00 | 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date:
$ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 4320.00 | $ 4320.00 | $ |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/ Creditor

**AMERICAN PAWN AND JEWELRY** (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

**PAWN CONTRACT**
(for ALL types of pawn transactions)
PAGE: 5 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10024824 |

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Date Made | Time Made |
|---|---|
| 02/02/2011 | 11:11:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

The amount of cash advanced or credit extended to you. $ 4320.00

You are giving a security interest in the following items:
13) HANDGUN; FIREARM; GLOCK 19, #HSS405, 9MM,
SEMI-AUTO; ORG CASE, 2-15 RD MAGS
14) HANDGUN; FIREARM; GLOCK 19, #HSS412, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS
15) HANDGUN; FIREARM; GLOCK 19, #HSS403, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The dollar amount the credit will cost you. $

Amount required to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| $ | 0.00 | 0.00 | 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |

Amount you must pay to redeem this transaction on or before the maturity date:
$ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 4320.00 | $ 4320.00 | $ |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

_____
Pledgor/Seller's Signature

Pawnbroker/
Creditor

AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 6 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10024824 |

| Date Made | Time Made |
|---|---|
| 02/02/2011 | 11:11:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

You are giving a security interest in the following items:
16) HANDGUN; FIREARM; GLOCK 19, #HSS419, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The amount of
cash advanced or credit extended to you. $ 4320.00

The dollar
amount the credit will cost you. $

Amount required
to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |

| Annual Percentage Rate for each period. | % | % | % | | |

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 4320.00 | $ 4320.00 | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc.  800-531-5234

Amount you must pay to redeem this transaction on or before the maturity date
$ . During the grace period following this transaction
or following the 1st or 2nd extension, you may redeem this transaction for
$ 0.00 , if all other charges and fees are current. During
the grace period following any extension after the 2nd, you may redeem this
transaction for $ 0.00 , if all other charges and fees are current.

Pledgor/Seller's Signature

---

Pawnbroker/
Creditor

AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 6 of 6

Name of Pledgor/Seller
JEFFERY BRUCE BRINSON

Address of Pledgor/Seller
1681 FOX MEADOWS LN THOMASVILLE, GA 31757

| Identification Number | Loan Number |
|---|---|
| GA DRIVERS LICENSE 051617318 | 10024824 |

| Date Made | Time Made |
|---|---|
| 02/02/2011 | 11:11:00 AM |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

You are giving a security interest in the following items:
16) HANDGUN; FIREARM; GLOCK 19, #HSS419, 9MM,
SEMI-AUTO; ORG CASE, 3-15RD MAGS

The amount of
cash advanced or credit extended to you. $ 4320.00

The dollar
amount the credit will cost you. $

Amount required
to redeem pawn on or before the Maturity Date. $

The cost of your credit as a yearly rate. %

1 @ $

If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |

| Annual Percentage Rate for each period. | % | % | % | | |

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 4320.00 | $ 4320.00 | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc.  800-531-5234

Amount you must pay to redeem this transaction on or before the maturity date
$ . During the grace period following this transaction
or following the 1st or 2nd extension, you may redeem this transaction for
$ 0.00 , if all other charges and fees are current. During
the grace period following any extension after the 2nd, you may redeem this
transaction for $ 0.00 , if all other charges and fees are current.

Pledgor/Seller's Signature

Received Inventory
From 02/01/2011 to 02/28/2011

AMERICAN PAWN AND JEWELRY
1302 E JACKSON STREET
THOMASVILLE  GA 31792
(229) 228-7296

Date :   08/12/2015 11:07:00 AM

| Date | Inv # | Item Type, Brand, Desc, Model and Serial # | Quantity | Cost | Extend |
|------|-------|--------------------------------------------|----------|------|--------|
| 02/01/2011 05:00:00 AM | G-I-17350 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8076, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17351 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8077, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17352 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8090, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17353 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8087, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17354 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8086, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17355 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8061, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17356 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8060, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17357 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV9346, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17358 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8506, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17359 | HANDGUN; FIREARM; SMITH & WESSON 10-11, #CEV8453, 38, REVOLVER; 4" HVY BBL. 6 SHOT. .38. FS. W/CASE | 1.00 | 150.00 | 150.00 |
| 02/01/2011 05:00:00 AM | G-I-17367 | HANDGUN; FIREARM; GLOCK 19. #HSS445. 9MM. SEMI-AUTO; PRE OWNED W/2-15 RD MAGS | 1.00 | 240.00 | 240.00 |
| 02/01/2011 05:00:00 AM | G-I-17368 | HANDGUN; FIREARM; GLOCK 19. #HSS424. 9MM. SEMI-AUTO; PRE-OWNED SEMI AUTO. W/2-15RD MAGS | 1.00 | 240.00 | 240.00 |
| 02/01/2011 05:00:00 AM | G-I-17369 | HANDGUN; FIREARM; GLOCK 19. #HSS439. 9MM. SEMI-AUTO; PRE-OWNED SEMI AUTO. W/2-15RD MAGS | 1.00 | 240.00 | 240.00 |
| 02/01/2011 05:00:00 AM | G-I-17370 | HANDGUN; FIREARM; GLOCK 19. #HSS440. 9MM. SEMI-AUTO; PRE-OWNED SEMI AUTO. W/2-15RD MAGS | 1.00 | 240.00 | 240.00 |
| 02/01/2011 05:00:00 AM | G-I-17371 | HANDGUN; FIREARM; GLOCK 19. #HSS441. 9MM. SEMI-AUTO; PRE-OWNED SEMI AUTO. W/2-15RD MAGS | 1.00 | 240.00 | 240.00 |
| 02/01/2011 05:00:00 AM | G-I-17372 | HANDGUN; FIREARM; GLOCK 19. #HSS360. 9MM. SEMI-AUTO; PRE-OWNED SEMI AUTO. W/2-15RD MAGS | 1.00 | 240.00 | 240.00 |
| 02/01/2011 05:00:00 AM | G-I-17373 | HANDGUN; FIREARM; GLOCK 19. #HSS375. 9MM. SEMI-AUTO; PRE-OWNED SEMI AUTO. W/2-15RD MAGS | 1.00 | 240.00 | 240.00 |
| 02/01/2011 05:00:00 AM | G-I-17374 | HANDGUN; FIREARM; GLOCK 19. #HSS391. 9MM. SEMI-AUTO; PRE-OWNED SEMI AUTO. W/2-15RD MAGS | 1.00 | 240.00 | 240.00 |
| 02/01/2011 05:00:00 AM | G-I-17378 | HANDGUN; FIREARM; BERETTA 92FS, #BER483175. 9MM. SEMI-AUTO; 9MM SEMI AUTO 2-15RD MAGS. PRE-OWNED | 1.00 | 300.00 | 300.00 |
| 02/01/2011 05:00:00 AM | G-I-17379 | HANDGUN; FIREARM; BERETTA 92FS, #BER483172. 9MM. SEMI-AUTO; 9MM SEMI AUTO 2-15RD MAGS. PRE-OWNED | 1.00 | 300.00 | 300.00 |
| 02/01/2011 05:00:00 AM | G-I-17380 | HANDGUN; FIREARM; BERETTA 92FS. 9MM. #BER459084. 9MM. | 1.00 | 300.00 | 300.00 |