Received Inventory
From 02/01/2011 to 02/28/2011

AMERICAN PAWN AND JEWELRY
1302 E JACKSON STREET
THOMASVILLE GA 31792
(229) 228-7296

Date :   08/12/2015 11:07:00 AM

| Date | Inv # | Item Type, Brand, Desc, Model and Serial # | Quantity | Cost | Extended |
|---|---|---|---|---|---|
| 02/01/2011 05:00:00 AM | G-I-17381 | HANDGUN; FIREARM; BERETTA 92FS, #BER483170, 9MM, SEMI-AUTO; 9MM SEMI AUTO 2-15RD MAGS, PRE-OWNED | 1.00 | 300.00 | 300.00 |
| 02/01/2011 05:00:00 AM | G-I-17388 | HANDGUN; FIREARM; TAURUS 82, #WJ155124, 38, REVOLVER; 4" BBL, 6 SHOT REVOLVER, FS | 1.00 | 130.00 | 130.00 |
| 02/01/2011 05:00:00 AM | G-I-17389 | HANDGUN; FIREARM; TAURUS 82, #WJ155123, 38, REVOLVER; 4" BBL, 6 SHOT REVOLVER, FS | 1.00 | 130.00 | 130.00 |
| 02/01/2011 05:00:00 AM | G-I-17390 | HANDGUN; FIREARM; TAURUS 82, #WJ161653, 38, REVOLVER; 4" BBL, 6 SHOT REVOLVER, FS | 1.00 | 130.00 | 130.00 |
| 02/01/2011 05:00:00 AM | G-I-17391 | HANDGUN; FIREARM; TAURUS 82, #WJ155128, 38, REVOLVER; 4" BBL, 6 SHOT REVOLVER, FS | 1.00 | 130.00 | 130.00 |
| 02/01/2011 05:00:00 AM | G-I-17392 | HANDGUN; FIREARM; TAURUS 82, #XC180483, 38, REVOLVER; 4" BBL, 6 SHOT REVOLVER, FS | 1.00 | 130.00 | 130.00 |
| 02/01/2011 05:00:00 AM | G-I-17393 | HANDGUN; FIREARM; TAURUS 82, #WK161657, 38, REVOLVER; 4" BBL, 6 SHOT REVOLVER, FS | 1.00 | 130.00 | 130.00 |
| 02/01/2011 05:00:00 AM | G-I-17394 | HANDGUN; FIREARM; TAURUS 82, #WJ161548, 38, REVOLVER; 4" BBL, 6 SHOT REVOLVER, FS | 1.00 | 130.00 | 130.00 |
| 02/01/2011 05:00:00 AM | G-I-17395 | HANDGUN; FIREARM; TAURUS 82, #WJ155154, 38, REVOLVER; 4" BBL, 6 SHOT REVOLVER, FS | 1.00 | 130.00 | 130.00 |
| 02/02/2011 05:00:00 AM | G-I-17478 | HANDGUN; FIREARM; GLOCK 19, #HSS380, 9MM, SEMI-AUTO; MODEL 19, 9MM, ORG CASE, 2-15 RD CLIPS | 1.00 | 260.00 | 260.00 |
| 02/02/2011 05:00:00 AM | G-I-17479 | HANDGUN; FIREARM; GLOCK 19, #HSS384, 9MM, SEMI-AUTO; MODEL 19, 9MM, ORG CASE, 2-15 RD CLIPS | 1.00 | 260.00 | 260.00 |
| 02/02/2011 05:00:00 AM | G-I-17480 | HANDGUN; FIREARM; GLOCK 19, #HSS363, 9MM, SEMI-AUTO; MODEL 19, 9MM, ORG CASE, 2-15 RD CLIPS | 1.00 | 260.00 | 260.00 |
| 02/02/2011 05:00:00 AM | G-I-17481 | HANDGUN; FIREARM; GLOCK 19, #HSS368, 9MM, SEMI-AUTO; 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS | 1.00 | 270.00 | 270.00 |
| 02/02/2011 05:00:00 AM | G-I-17482 | HANDGUN; FIREARM; GLOCK 19, #HSS365, 9MM, SEMI-AUTO; 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS | 1.00 | 270.00 | 270.00 |
| 02/02/2011 05:00:00 AM | G-I-17483 | HANDGUN; FIREARM; GLOCK 19, #HSS409, 9MM, SEMI-AUTO; 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS | 1.00 | 270.00 | 270.00 |
| 02/02/2011 05:00:00 AM | G-I-17484 | HANDGUN; FIREARM; GLOCK 19, #HSS369, 9MM, SEMI-AUTO; 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS | 1.00 | 270.00 | 270.00 |
| 02/02/2011 05:00:00 AM | G-I-17485 | HANDGUN; FIREARM; GLOCK 19, #HSS386, 9MM, SEMI-AUTO; 9MM SEMI AUTO, ORG CASE, 3-15RD MAGS | 1.00 | 270.00 | 270.00 |
| 02/02/2011 05:00:00 AM | G-I-17486 | HANDGUN; FIREARM; GLOCK 19, #HSS373, 9MM, SEMI-AUTO; 9MM SEMI AUTO, ORG CASE, 2-15RD MAGS | 1.00 | 270.00 | 270.00 |
| 02/02/2011 05:00:00 AM | G-I-17487 | HANDGUN; FIREARM; GLOCK 19, #HSS376, 9MM, SEMI-AUTO; 9MM SEMI AUTO, ORG CASE, 2-15RD MAGS | 1.00 | 270.00 | 270.00 |
| 02/02/2011 05:00:00 AM | G-I-17501 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BPB5503, 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | 1.00 | 130.00 | 130.00 |
| 02/02/2011 05:00:00 AM | G-I-17502 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BSL7515, 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | 1.00 | 130.00 | 130.00 |
| 02/02/2011 05:00:00 AM | G-I-17503 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BSL0783, 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | 1.00 | 130.00 | 130.00 |
| 02/02/2011 05:00:00 AM | G-I-17504 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BSL7513, | 1.00 | 130.00 | 130.00 |

Received Inventory  
From 02/01/2011 to 02/28/2011

AMERICAN PAWN AND JEWELRY  
1302 E JACKSON STREET  
THOMASVILLE GA 31792  
(229) 228-7296

Date: 08/12/2015 11:07:00 AM

| Date | Inv # | Item Type, Brand, Desc, Model and Serial # | Quantity | Cost | Extended |
|---|---|---|---|---|---|
| | | 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | | | |
| 02/02/2011 05:00:00 AM | G-I-17505 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BSZ1063, 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | 1.00 | 130.00 | 130.00 |
| 02/02/2011 05:00:00 AM | G-I-17506 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BSL0745, 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | 1.00 | 130.00 | 130.00 |
| 02/02/2011 05:00:00 AM | G-I-17507 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BSL0734, 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | 1.00 | 130.00 | 130.00 |
| 02/02/2011 05:00:00 AM | G-I-17508 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BSL0742, 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | 1.00 | 130.00 | 130.00 |
| 02/02/2011 05:00:00 AM | G-I-17509 | HANDGUN; FIREARM; SMITH AND WESSON 10-10, #BSL7531, 38 S&W, REVOLVER; 4" BBL 6 SHOT BLUED W CASE | 1.00 | 130.00 | 130.00 |
| 02/03/2011 05:00:00 AM | I-11878 | GAME ACCES OTHER MICROSOFT; PRE OWNED 360 GAME | 25.00 | 3.10 | 77.50 |
| 02/03/2011 05:00:00 AM | I-14437 | AMMO; OTHER; CCI 10021C, #CNL; 525 ROUND BLAZER VALUE PACK 40GR. | -1.00 | 14.10 | -14.10 |
| 02/03/2011 05:00:00 AM | I-14437 | AMMO; OTHER; CCI 10021C, #CNL; 525 ROUND BLAZER VALUE PACK 40GR. | 1.00 | 17.16 | 17.16 |
| 02/03/2011 05:00:00 AM | I-17348 | AMMO; OTHER; CCI 0058; 50RDS OF 40GR SGB | 20.00 | 2.40 | 48.00 |
| 02/03/2011 05:00:00 AM | I-17349 | AMMO; OTHER; FEDERAL WM5199; 50RDS OF 115GR FMJ | 60.00 | 8.99 | 539.40 |
| 02/05/2011 05:00:00 AM | I-7892 | GAME ACCES; OTHER; NINTENDO; GAMEBOY ADVANCE GAME | 10.00 | 4.00 | 40.00 |
| 02/07/2011 05:00:00 AM | G-I-17360 | HANDGUN; FIREARM; TAURUS JUDGE, #DZ343046, .45LC/410G, REVOLVER; 2441021TCPLY, 2"BBL, 5RD POLY FRAME | 1.00 | 379.36 | 379.36 |
| 02/07/2011 05:00:00 AM | G-I-17361 | HANDGUN; FIREARM; COBRA CA-380, #CP060297, .380ACP, SEMI-AUTO; 3" 1 6RD MAG. ORG CASE, NEW PRO SIGHTS | 1.00 | 30.00 | 30.00 |
| 02/07/2011 05:00:00 AM | I-14100 | GUITAR ACC; OTHER; ERNIE BALL 2095; 80/20 BRONZE ALLOY MEDIUM LIGHT ACOU STR | 10.00 | 4.58 | 45.80 |
| 02/07/2011 05:00:00 AM | I-16924 | MUSIC ACC.; OTHER; GP GPDS5B; WOOD TIP MAPLE | 10.00 | 1.59 | 15.90 |
| 02/07/2011 05:00:00 AM | I-2784 | MISC.; OTHER; RCA RCU300R; UNIVERSAL REMOTE 3 COMPONETS LARGE BURN | 8.00 | 4.29 | 34.32 |
| 02/07/2011 05:00:00 AM | I-5234 | GUITAR ACC; OTHER; ERNIE BALL 2223, #CNL; ERNIE BALL SUPER SLINKY GUITAR STRINGS | 6.00 | 4.10 | 24.60 |
| 02/07/2011 05:00:00 AM | I-5253 | CAR AUDIO; OTHER; M&M PMB69MT; CARPET BOX FOR 6X9 | -3.00 | 2.50 | -7.50 |
| 02/07/2011 05:00:00 AM | I-5253 | CAR AUDIO; OTHER; M&M PMB69MT; CARPET BOX FOR 6X9 | 8.00 | 12.99 | 103.92 |
| 02/07/2011 05:00:00 AM | I-5319 | CAR AUDIO; OTHER; M&M PM69MT; CARPET BOX FOR DUAL | -2.00 | 9.50 | -19.00 |
| 02/07/2011 05:00:00 AM | I-5319 | CAR AUDIO; OTHER; M&M PM69MT; CARPET BOX FOR DUAL | 2.00 | 12.99 | 25.98 |
| 02/07/2011 05:00:00 AM | I-7625 | GAME ACCES; OTHER; M&M 2508; CONTROLLER FOR ORG XBOX BLACK | 6.00 | 9.75 | 58.50 |
| 02/08/2011 05:00:00 AM | G-I-17362 | RIFLE; FIREARM; BUSHMASTER CARBON-15, #CT008922, .223 REM, SEMI-AUTO; 90689, 16"BBL, POLY RECR, 2 30RD, OPTIC | 1.00 | 586.98 | 586.98 |
| 02/08/2011 05:00:00 AM | G-I-17363 | RIFLE; FIREARM; BUSHMASTER CARBON-15, #CT008921, .223 REM, SEMI-AUTO; 90689, 16"BBL, POLY RECR, 2 30RD, OPTIC | 1.00 | 586.98 | 586.98 |
| 02/08/2011 05:00:00 AM | G-I-17364 | RIFLE; FIREARM; BUSHMASTER CARBON-15, #CT008931, | 1.00 | 586.98 | 586.98 |

**AMERICAN PAWN AND JEWELRY**
1302 E JACKSON STREET
THOMASVILLE, GA 31792
(229) 228-7296

JEFFERY BRUCE BRINSON
1681 FOX MEADOWS LN
THOMASVILLE, GA 31757
(912) 225-9388

SALES RECEIPT #:
166730

Date: 12/08/2014
Page: 1
EMP: DEW

| Item | Description | Qty | Price | Total |
|---|---|---|---|---|
| I-21589 | MUSIC ACC.: OTHER; HARRIS STPM1; PERCUSSIN MALLETS | 1.00 | 12.95 | 12.95 |
| I-9074 | MUSIC ACC.: OTHER; GP B51; PERC LOOP END DRUM BRUSH | 1.00 | 12.95 | 12.95 |

Points Available: 0

SUB TOTAL: 25.90
SALES TAX: 1.81
SALES TOTAL: 27.71
AMOUNT DUE: 27.71
CASH: 27.71
TOTAL TENDERED: 27.71

**AMERICAN PAWN AND JEWELRY**
1302 E JACKSON STREET
THOMASVILLE, GA 31792
(229) 228-7296

JEFFERY BRUCE BRINSON
1681 FOX MEADOWS LN
THOMASVILLE, GA 31757
(912) 225-9388

SALES RECEIPT #:
126917

Date: 11/10/2011
Page: 1
EMP: LCT

| Item | Description | Qty | Price | Total |
|---|---|---|---|---|
| 00 | BRAND X SOFT CASE | 1.00 | 10.00 | 10.00 |
| I-17909 | GUN ACCESS; OTHER; TAGUA IPH-060: INSIDE PANTS, RIGHT HAND, LC9 | 1.00 | 33.00 | 33.00 |
| I-17920 | GUN ACCESS; OTHER; TAGUA PD2-013: PADDLE, LH, P3AT.LCP.P238 | 1.00 | 20.00 | 20.00 |

Points Available: 0

SUB TOTAL: 63.00
SALES TAX: 4.41
SALES TOTAL: 67.41
AMOUNT DUE: 67.41
CASH: 100.00
TOTAL TENDERED: 100.00
CHANGE: 32.59

**AMERICAN PAWN AND JEWELRY**
1302 E JACKSON STREET
THOMASVILLE, GA 31792
(229) 228-7296

JEFFERY BRUCE BRINSON
1681 FOX MEADOWS LN
THOMASVILLE, GA 31757
(912) 225-9388

SALES RECEIPT #:
123826

Date: 08/05/2011
Page: 1
EMP: LCT

| Item | Description | Qty | Price | Total |
|---|---|---|---|---|
| G-I-17891 | SHOTGUN; FIREARM; MOSSBERG 590, #T917502, 12GA, PUMP; 50665, 20"BBL, 9 SHOT, HEAT, STCK HLDR | 1.00 | 435.00 | 435.00 |
| G-I-17892 | SHOTGUN; FIREARM; MOSSBERG 590, #T917495, 12GA, PUMP; 50665, 20"BBL, 9 SHOT, HEAT, STCK HLDR | 1.00 | 435.00 | 435.00 |
| G-I-17893 | SHOTGUN; FIREARM; MOSSBERG 590, #T917781, 12GA, PUMP; 50665, 20"BBL, 9 SHOT, HEAT, STCK HLDR | 1.00 | 435.00 | 435.00 |
| G-I-17894 | HANDGUN; FIREARM; BETETTA PX4 STORM, #PX3595M, 9MM, SEMI-AUTO; 4"BBL, BSTRP, 2 17RD MAGS, TYPE F | 1.00 | 480.00 | 480.00 |
| G-I-17895 | HANDGUN; FIREARM; BETETTA PX4 STORM, #PX6862M, 9MM, SEMI-AUTO; 4"BBL, BSTRP, 2 17RD MAGS, TYPE F | 1.00 | 480.00 | 480.00 |

Points Available: 0

SUB TOTAL: 2,265.00
SALES TAX: 158.55
SALES TOTAL: 2,423.55
AMOUNT DUE: 2,423.55
CHECK: 2,023.55
CASH: 400.00
TOTAL TENDERED: 2,423.55

Page 1 of 1

## David Hufstetler

| | |
|---|---|
| From: | "Gena Brogren" <Gena@tnbank.com> |
| To: | <aps@rose.net> |
| Sent: | Friday, April 18, 2014 12:01 PM |
| Subject: | deposit |



Gena Brogren
**Administrative Assistant**
**Thomasville National Bank**
301 N. Broad Street / Thomasville, GA  31792
Tel 229-226-3300 / Fax 229-226-8401
Gena@tnbank.com / www.tnbank.com



Your BANKING STRENGTH in LOCAL HANDS.

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the individual or entity to which it is addressed. The message, together with any attachment, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies from your system.

4/18/2014

Page 2 of 2

```
THOMASVILLE NATIONAL BANK
THOMASVILLE, GA 31792

WE HAVE CHARGED YOUR ACCOUNT  for cashiers check
    to APS-AEC

Acct. No. 3000020361  Date 4/04/12  Amount 110,000
To: [signature]
```

```
BANK CREDIT COPY          CASHIER'S CHECK              048415
                     DATE: 4/04/12

REMITTER: AMERICAN PAWN       BRANCH:     0003
                              ORIGINATOR: JBAILEY
                              TIME:       10:16:20

                              CHECK AMT: $110,000.00

TO:  APS-AEC
                              NON-NEGOTIABLE

"000048415"  :061204858:  100000009"    99    0011000000
```

Gena Brogren
**Administrative Assistant**
Thomasville National Bank
301 N. Broad Street / Thomasville, GA  31792
Tel 229-226-3300 / Fax 229-226-8401
Gena@tnbank.com / www.tnbank.com



*Your* BANKING STRENGTH *in* LOCAL HANDS.

DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the individual or entity to which it is addressed. The message, together with any attachment, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies from your system.

4/18/2014

## Summary With NADA Values
## NADA Used Car Guide
Tuesday, April 03, 2012

**Guide Edition:** Southeastern Used Car Guide - April 2012
**Vehicle Description:** 2011 DODGE TRUCK
Ram 2500 Pickup-V8 Crew Cab Laramie 4WD

**VIN:** 3D7UT2CL7BG625396
**Stock #:**
**Weight:** 6440
**MSRP:** $43,265

| NADA | Rough Trade-In | Avg. Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| Base Values | $29,850 | $31,675 | $33,175 | $29,875 | $37,200 |
| Mileage: 8000 | $1,375 | $1,375 | $1,375 | $1,375 | $1,375 |
| Accessories | $6,800 | $6,800 | $6,800 | $6,800 | $7,575 |
| NADA Adjusted Values | $38,025 | $39,850 | $41,350 | $38,050 | $46,150 |
| Appraiser Adjustment | $0 | $0 | $0 | $0 | $0 |
| Adjusted Values | $38,025 | $39,850 | $41,350 | $38,050 | $46,150 |

| Accessories: | Trade | Loan | Retail |
|---|---|---|---|
| 6.7L Turbo Diesel Engine | $6,800 | $6,800 | $7,575 |
| Alpine Stereo System | w/body | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body | w/body |
| Leather Seats | w/body | w/body | w/body |
| Power Seat | w/body | w/body | w/body |

**Appraiser Item:** Value          **Appraiser Item:** Value

NADA assumes no responsibility or liability for any errors or omissions or
any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of NADA Used Car Guide. NADASC.

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 3D7UT2CL7BG625395 | DODGE | 2011 | TRUCK | RAM TRUCK 2500 | 6 | 12/09/2011 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR/STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 11/10/2011 | DIESEL | NEW | 000031 | | 0 | WHI | 776444113408022 |

**OWNER**

APS-AEC LLC
1701A COLONIAL DR
THOMASVILLE GA 31757-7704

*handwritten:* White Laramie w/silver trim

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

MAIL TO:

APS-AEC LLC
1701A COLONIAL DR
THOMASVILLE GA 31757-7704

**1ST LIEN OR SECURITY INTEREST**

*handwritten:* BXX1357

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN _____ | _____ | BY _____ |
| 2ND LIEN _____ | _____ | BY _____ |
| 3RD LIEN _____ | _____ | BY _____ |

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

029745536

*signature:* Douglas J. McOuirt

STATE REVENUE COMMISSIONER

*handwritten at bottom:* 8000

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

A00600

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SXSX0112D111 | 2011 | SXS | VS | 20' 7" | FL4420PE | 106533751 |

Date of Issue 06/01/2011

Registered Owner:
JEFFERY BRINSON
1681 FOX MEADOW LN
THOMASVILLE   GA 31757

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

IMPORTANT INFORMATION
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.hsmv.state.fl.us/html/titlinf.html

Mail To:
JEFFERY BRINSON
1681 FOX MEADOW LN
THOMASVILLE   GA 31757

MP-A7

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SXSX0112D111 | 2011 | SXS | VS | 20' 7" | FL4420PE | 106533751 |

| Prev Sale | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | | | | | VESSEL | |

| Odometer Status or Vessel Manufacturer or Cif use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| SEA HUNT BOAT MFG CO INC | FBGLSS | OUTBRD | 06/01/2011 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner:
JEFFERY BRINSON
1681 FOX MEADOW LN
THOMASVILLE   GA 31757

1st Lienholder

NONE

DIVISION OF MOTOR VEHICLES
TALLAHASSEE       FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Carl A. Ford
Director

Control Number 102463497

Julie L. Jones
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____   Address:_____
Seller Must Enter Selling Price:_____   Seller Must Enter Date Sold:_____
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|_|_|_| x | (no tenths) miles, date read_____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:_____   CO-SELLER Must Sign Here:_____
Print Here:_____   Print Here:_____
Selling Dealer's License Number:_____   Tax No._____   Tax Collected:_____
Auction Name:_____   License Number:_____

PURCHASER Must Sign Here:_____   CO-PURCHASER Must Sign Here:_____
Print Here:_____

STATE OF FLORIDA

## Summary With NADA Values
## NADA Used Car Guide
Tuesday, April 03, 2012

**Guide Edition:** Southeastern Used Car Guide - April 2012
**Vehicle Description:** 2011 DODGE TRUCK
Ram 2500 Pickup-V8 Crew Cab Laramie 4WD

**VIN:** 3D7UT2CL9BG574675
**Stock #:**
**Weight:** 6440
**MSRP:** $43,265

| NADA | Rough Trade-In | Avg. Trade-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| Base Values | $29,850 | $31,675 | $33,175 | $29,875 | $37,200 |
| Mileage: 6000 | $1,375 | $1,375 | $1,375 | $1,375 | $1,375 |
| Accessories | $6,800 | $6,800 | $6,800 | $6,800 | $7,575 |
| NADA Adjusted Values | $38,025 | $39,850 | $41,350 | $38,050 | $46,150 |
| Appraiser Adjustment | $0 | $0 | $0 | $0 | $0 |
| Adjusted Values | $38,025 | $39,850 | $41,350 | $38,050 | $46,150 |

| Accessories: | Trade | Loan | Retail |
|---|---|---|---|
| 6.7L Turbo Diesel Engine | $6,800 | $6,800 | $7,575 |
| Alpine Stereo System | w/body | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body | w/body |
| Leather Seats | w/body | w/body | w/body |
| Power Seat | w/body | w/body | w/body |

**Appraiser Item:**    Value            **Appraiser Item:**    Value

NADA assumes no responsibility or liability for any errors or omissions or
any revisions or additions made by anyone on this report.
All NADA values are reprinted with permission of NADA Used Car Guide, NADASC.

**GreenSouth Equipment, Inc.**

12793 U.S. Hwy 19 South
Thomasville, GA 31792
Phone: (229) 226-4881  Fax: (229) 228-1239
www.greensouth.com

| Ship to: | SAME AS BELOW |
|---|---|

| Invoice to: | ALPHA PROTECTIVE SERVICES INC<br>P O BOX 6670<br>THOMASVILLE, GA  31758 |
|---|---|

| Branch | | |
|---|---|---|
| 01 - THOMASVILLE, GA*REPRINT* | | |
| Date | Time | Page |
| 06/09/2011 | 16:28:39 (O) | 1 |
| Account No. | Phone No. | Invoice No. |
| ALPHA004 | 2292266606 | E04163 |
| Ship Via | Purchase Order | |
| | | |
| JAMES R. MAJORS | | Salesperson 208 |

## EQUIPMENT INVOICE / PURCHASE ORDER

DESCRIPTION                                                                          AMOUNT

Stock #: 03016541        Serial #: 1PY5045DJAB003018   14,289.    12999.00
NEW    JD 5045D
New JD 5045D 5045D TRACTOR
                                       2009

                                       Sale #  1 Subtotal:   12999.00
                                                     Total:   12999.00

Stock #: 01040323        Serial #: EAAJ2137591                     961.00
NEW    HO EU2000I
New HO EU2000I 2000 WATT GENERATOR
CHECK # 4465

                                       Sale #  2 Subtotal:     961.00
                                                     Total:     961.00

                 MISCELLANEOUS CHARGES/CREDITS
                 ===============================
$-CHECK RECEIVED        QTY:  1   PRICE:   13960.00    13960.00-

                 Miscellaneous charges/credits total:    13960.00-

                                            Subtotal:        .00
                                                Total:        .00

Thank you for your business!
Please visit the Customer Feedback link at www.greensouth.com and let us
know how we did today.

Net due 10th of month following purchase. If balance due is charged to the customer's account, NET 10th OF THE MONTH FOLLOWING PURCHASE. All accounts not paid by the 10th of month following purchase are subject to a FINANCE CHARGE at a monthly rate of 1.5%, which is an ANNUAL RATE of 18%, applied to previous balance without deducting current payments or credits.

Disclaimer of Warranties. All warranties on the product sold hereby are those made by the manufacturer. The seller GreenSouth Equipment, Inc. expressly disclaims all warranties either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose and GreenSouth Equipment, Inc., neither assumes or authorizes any person to assume for any liability in connection with the sale of said product.

ACCEPTED BY CUSTOMER _____        DATE _____

# GreenSouth Equipment, Inc.

12793 U.S. Hwy 19 South
Thomasville, GA 31792
Phone: (229) 226-4881  Fax: (229) 228-1239
www.greensouth.com

| Branch | | |
|---|---|---|
| 01 - THOMASVILLE, G*REPRINT* | | |
| Date | Time | Page |
| 01/31/2012 | 9:02:20 (O) | 1 |
| Account No. | Phone No. | Invoice No. |
| BRINS009 | 2292266606 | E04765 |
| Ship Via | | Purchase Order |
| | | |
| | JAMES R. MAJORS | Salesperson 208 |

**Ship to:** SAME AS BELOW

**Invoice to:**
JEFF BRINSON
P O BOX 6309
THOMASVILLE, GA  31758

## EQUIPMENT INVOICE / PURCHASE ORDER

| DESCRIPTION | AMOUNT |
|---|---|
| Stock #: 08009293    Serial #: PY5065U000484 | 26000.00 |
| USED 2008 JD 5065E | |
| Used 2008 JD 5065E 5065E TRACTOR W/ LOADER-FP1384 | |
| *LOADED UX 2/1/12  CJ* | |

Handwritten: 2x$?   20,343   23,359

Sale # 1 Subtotal:  26000.00
Total:  26000.00

MP

### TRADE INS

| Stock #: 01041463    Serial #: LV3032E110246 | 13200.00- |
|---|---|
| J.D. 3032E TRACTOR & 300 LOADER | |

### MISCELLANEOUS CHARGES/CREDITS

| $-THOMASVILLE A/R    QTY: 1    PRICE: 12800.00 | 12800.00- |
|---|---|

Trade in total:  13200.00-
Miscellaneous charges/credits total:  12800.00-

Subtotal:  .00
Total Cash:  .00

Thank you for your business!
Please visit the Customer Feedback link at www.greensouth.com and let us know how we did today.

Net due 10th of month following purchase. If balance due is charged to the customer's account, NET 10th OF THE MONTH FOLLOWING PURCHASE. All accounts not paid by the 10th of month following purchase are subject to a FINANCE CHARGE at a monthly rate of 1.5%, which is an ANNUAL RATE of 18%, applied to previous balance without deducting current payments or credits.

Disclaimer of Warranties. All warranties on the product sold hereby are those made by the manufacturer. The seller GreenSouth Equipment, Inc. expressly disclaims all warranties either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose and GreenSouth Equipment, Inc., neither assumes or authorizes any person to assume for any liability in connection with the sale of said product.

ACCEPTED BY CUSTOMER _____    DATE _____

# GreenSouth Equipment, Inc.

12793 U.S. Hwy 19 South
Thomasville, GA 31792
Phone: (229) 226-4881  Fax: (229) 228-1239
www.greensouth.com

**Ship to:** SAME AS BELOW

**Invoice to:**
ALPHA PROTECTIVE
SERVICES INC
P O BOX 6670
THOMASVILLE, GA   31758

| Branch | | |
|---|---|---|
| 01 - THOMASVILLE, G*REPRINT* | | |
| Date | Time | Page |
| 02/02/2012 | 9:07:04 (O) | 1 |
| Account No. | Phone No. | Invoice No. |
| ALPHA004 | 2292266606 | E04763 |
| Ship Via | Purchase Order | |
| | | |
| | | |
| | Salesperson | |
| JAMES R. MAJORS | 208 | |

## EQUIPMENT INVOICE / PURCHASE ORDER

**DESCRIPTION**                                                                                          **AMOUNT**

Stock #: 01040960          Serial #: P00512X021091                                5050.00
NEW   JD 512
New JD 512 512 LOADER
* ACTIVE   READY   CJ 2/1/12*

                                                                                                                AT

                                              Sale #   1 Subtotal:       5050.00
                                                            Total:       5050.00

Stock #: 01041249          Serial #: 1XFAB13EAB0003114                          790.00
NEW   FR AB13E
New FR AB13E AB13E HVYTINESPR 300CX/4&500

                                              Sale #   2 Subtotal:        790.00
                                                            Total:        790.00

                    MISCELLANEOUS CHARGES/CREDITS
                    ================================
$-THOMASVILLE A/R           QTY:    1    PRICE:    5840.00         5840.00-

                    Miscellaneous charges/credits total:            5840.00-

                                                            Subtotal:       .00
                                                            Total Cash:     .00

Thank you for your business!
Please visit the Customer Feedback link at www.greensouth.com and let us know how we did today.

Not due 10th of month following purchase. If balance due is charged to the customer's account, NET 10th OF THE MONTH FOLLOWING PURCHASE. All accounts not paid by the 10th of month following purchase are subject to a FINANCE CHARGE at a monthly rate of 1.5%, which is an ANNUAL RATE of 18%, applied to previous balance without deducting current payments or credits.

Disclaimer of Warranties. All warranties on the product sold hereby are those made by the manufacturer. The seller GreenSouth Equipment, Inc. expressly disclaims all warranties either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose and GreenSouth Equipment, Inc., neither assumes or authorizes any person to assume for any liability in connection with the sale of said product.

ACCEPTED BY CUSTOMER _____   DATE _____



# CERTIFICATE OF ORIGIN FOR A VEHICLE

## CHRYSLER
Chrysler Group LLC

DATE
12-14-11

INVOICE NO.
CD2826088266

VEHICLE IDENTIFICATION NO.
3C63D3NLXCG163901

YEAR
2012

MAKE
DODGE

BODY TYPE
3500 MEGA CAB PICKUP

SHIPPING WEIGHT
7362

H.P./B.A.F.
46.0       1 TON   10100#

NO. CYLS.
6

SERIES OR MODEL
RAM PREMIUM 4X4 D28R81

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer

NAME OF DISTRIBUTOR, DEALER, ETC.
DEALER NUMBER 60461/60461

STALLINGS CHRYSLER DODGE JEEP
101 COMMERCE PARK DR
THOMASVILLE    GA 31757

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

MAIL TO:

STALLINGS CHRYSLER DODGE JEEP
101 COMMERCE PARK DR
THOMASVILLE    GA 31757

CHRYSLER GROUP LLC

BY _____
SIGNATURE OF AUTHORIZED REPRESENTATIVE

06004482

AUBURN HILLS  MICHIGAN
CITY    STATE

*CERTIFIED FOR SALE IN ALL 50 STATES*

APS-AEC LLC
1701-A COLONIAL DR, THOMASVILLE, GA 31757
   11
   STALLINGS AUTOMOTIVE INC. *[signature: Tracy Butler]*
GA                    0011069855113
THOMAS

11

STALLINGS AUTOMOTIVE INC 0011069855513   01/03/12   01/03/12
*[signature]*
APS-AEC LLC
1701-A COLONIAL DR              Georgia
THOMASVILLE GA 31757            THOMAS

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 3D7UT2CL9BG574675 | DODGE | 2011 | TRUCK | RAM TRUCK 2500 | 6 | 01/30/2012 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR/STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 12/02/2011 | DIESEL | USED | 000317 | 779143111517022 /GA | 0 | BLK | 778299120256022 |

**OWNER**

APS-AEC LLC
1701A COLONIAL DR
THOMASVILLE GA 31757-7704

Black 9144
BYK

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

MAIL TO:

APS-AEC LLC
PO BOX 6670
THOMASVILLE GA 31758-6670

**1ST LIEN OR SECURITY INTEREST**

Laramie

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

030038520

*[Signature]*

**RELEASE OF LIEN OR SECURITY INTEREST**

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

33581650

STATE REVENUE COMMISSIONER

6,600

**Bank of America**

No. 2812804

Banking Center: THOMASVILLE GATEWAY

Date: OCTOBER 12, 2012

0238226 00012 0002812804 ALPHA PROTECTIVE SERVICES INC
Remitter (Purchased By)

Pay To The Order Of: **AMER.P.**

$ **4997.63**

**FOUR THOUSAND NINE HUNDRED NINETY SEVEN DOLLARS AND 63 CENTS**

Authorized Signature: Toranda Cornell

Bank of America, N.A.
San Antonio, Texas

VOID AFTER 90 DAYS

⑆2812804⑆ ⑈114000019⑈ 0016410025751⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

Buy # 10027890 converted to
loan # 127597 - redeemed
10-15-2012 for $19,997.63
Rewritten as a buy # 10029262 10-15-2012



EXHIBIT 6

| Pawnbroker/ Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 1302 E JACKSON STREET THOMASVILLE, GA 31792 | | | | | | PAWN CONTRACT (for ALL types of pawn transactions) PAGE: 1 of 5 | | |
|---|---|---|---|---|---|---|---|---|---|

*defaulted 6-11-2012 no payment*

| Name of Pledgor/Seller JEFFERY BRUCE BRINSON | | | | | | | Identification Number GA DRIVERS LICENSE 051617318 | | Loan Number 123289 |
|---|---|---|---|---|---|---|---|---|---|
| Address of Pledgor/Seller 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | | | | | | | Date Made 04/04/2012 | Time Made 11:54:00 AM | Maturity Date 5-3-2012 |
| Emp In JCS | Phone 912 225-9388 | Race I | Sex M | D.O.B 11/16/1965 | Height 5' 07" | Weight 180 | Emp Out | AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ | 6500.00 |
| You are giving a security interest in the following items: 1) HANDGUN; FIREARM; PARA SLIM HAWG, #P219371, 45 ACP, SEMI-AUTO; 2" BBL 2 MAGS 1911 STYLE IN HARD CASE 2) HANDGUN; FIREARM; SIG SAUER P229, #AM13106, 40S&W, SEMI-AUTO; 3" BBL 2 MAGS EXTRA 357 SIG BBL CASE 3) HANDGUN; FIREARM; RUGER LC9, #320-68755, 9 MM, SEMI-AUTO; 2" BBL 1 MAG IN ORIGINAL BOX LIKE NEW | | | | | | | | FINANCE CHARGE. The dollar amount the credit will cost you. $ | 0.00 |
| | | | | | | | | TOTAL OF PAYMENTS. Amount required to redeem pawn on or before the Maturity Date. $ | 0.00 |
| | | | | | | | | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | 0.00 % |
| | | | | | | | | PAYMENT SCHEDULE 1 @ $ | 0.00 |

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current. | |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % | | |
| Itemization of Amount Financed $ 6500.00 | Amount Given to You Directly $ 6500.00 | | Amount Refinanced $ | | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

X _____
Pledgor/Seller's Signature

**EXHIBIT 2**

| Pawnbroker/ Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 1302 E JACKSON STREET THOMASVILLE, GA 31792 | | | | | | PAWN CONTRACT (for ALL types of pawn transactions) PAGE: 1 of 5 | | |
|---|---|---|---|---|---|---|---|---|---|
| Name of Pledgor/Seller JEFFERY BRUCE BRINSON | | | | | | | Identification Number GA DRIVERS LICENSE 051617318 | | Loan Number 123289 |
| Address of Pledgor/Seller 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | | | | | | | Date Made 04/04/2012 | Time Made 11:54:00 AM | Maturity Date |
| Emp In JCS | Phone 912 225-9388 | Race I | Sex M | D.O.B 11/16/1965 | Height 5' 07" | Weight 180 | Emp Out | AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ | 6500.00 |
| You are giving a security interest in the following items: 1) HANDGUN; FIREARM; PARA SLIM HAWG, #P219371, 45 ACP, SEMI-AUTO; 2" BBL 2 MAGS 1911 STYLE IN HARD CASE 2) HANDGUN; FIREARM; SIG SAUER P229, #AM13106, 40S&W, SEMI-AUTO; 3" BBL 2 MAGS EXTRA 357 SIG BBL CASE 3) HANDGUN; FIREARM; RUGER LC9, #320-68755, 9 MM, SEMI-AUTO; 2" BBL 1 MAG IN ORIGINAL BOX LIKE NEW | | | | | | | | FINANCE CHARGE. The dollar amount the credit will cost you. $ | 0.00 |
| | | | | | | | | TOTAL OF PAYMENTS. Amount required to redeem pawn on or before the Maturity Date. $ | 0.00 |
| | | | | | | | | ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | 0.00 % |
| | | | | | | | | PAYMENT SCHEDULE 1 @ $ | 0.00 |

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current. | |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % | | |
| Itemization of Amount Financed $ 6500.00 | Amount Given to You Directly $ 6500.00 | | Amount Refinanced $ | | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

X _____
Pledgor/Seller's Signature

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | PAWN CONTRACT<br>(for ALL types of pawn transactions)<br>PAGE: 2 of 5 |
|---|---|---|

| Name of Pledgor/Seller<br>JEFFERY BRUCE BRINSON | Identification Number<br>GA DRIVERS LICENSE 051617318 | Loan Number<br>**123289** |
|---|---|---|
| Address of Pledgor/Seller<br>1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made<br>04/04/2012 — Time Made 11:54:00 AM | Maturity Date |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| JCS | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

**AMOUNT FINANCED.** The amount of cash advanced or credit extended to you. $ 6500.00

You are giving a security interest in the following items:

4) HANDGUN; FIREARM; SPRINGFIELD 1911 CHAMPION, #LW501669, 45, SEMI-AUTO; 3"BBL 2 7 RD MAGS IN ORG BOX OD

5) HANDGUN; FIREARM; GLOCK 26, #GAA171, 9MM, SEMI-AUTO; 3" BBL W/ GLOCK NIGHT SIT 3 MAGS CASE

6) SHOTGUN; FIREARM; BROWNING INVECTOR-PLUS, #14783MZ121, 20 GA, PUMP; 26" BBL LIKE NEW PUMP 5 CHOKES

**FINANCE CHARGE.** The dollar amount the credit will cost you. $

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. %

**PAYMENT SCHEDULE** 1 @ $

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00 . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

| Itemization of Amount Financed<br>$ 6500.00 | Amount Given to You Directly<br>$ 6500.00 | Amount Refinanced<br>$ |
|---|---|---|

X _____    X _____
Signature on Redemption       Pledgor/Seller's Signature

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

Pawnbroker/Creditor  AMERICAN PAWN AND JEWELRY (229) 228-7296
1302 E JACKSON STREET
THOMASVILLE, GA 31792

PAWN CONTRACT
(for ALL types of pawn transactions)
PAGE: 2 of 5

Name of Pledgor/Seller: JEFFERY BRUCE BRINSON
Identification Number: GA DRIVERS LICENSE 051617318
Loan Number: 123289

Address of Pledgor/Seller: 1681 FOX MEADOWS LN THOMASVILLE, GA 31757
Date Made: 04/04/2012   Time Made: 11:54:00 AM   Maturity Date:

Emp In: JCS   Phone: 912 225-9388   Race: I   Sex: M   D.O.B: 11/16/1965   Height: 5' 07"   Weight: 180   Emp Out:

AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ 6500.00

You are giving a security interest in the following items:
4) HANDGUN; FIREARM; SPRINGFIELD 1911 CHAMPION, #LW501669, 45, SEMI-AUTO; 3"BBL 2 7 RD MAGS IN ORG BOX OD
5) HANDGUN; FIREARM; GLOCK 26, #GAA171, 9MM, SEMI-AUTO; 3" BBL W/ GLOCK NIGHT SIT 3 MAGS CASE
6) SHOTGUN; FIREARM; BROWNING INVECTOR-PLUS, #14783MZ121, 20 GA, PUMP; 26" BBL LIKE NEW PUMP 5 CHOKES

FINANCE CHARGE. The dollar amount the credit will cost you. $
TOTAL OF PAYMENTS. Amount required to redeem pawn on or before the Maturity Date. $
ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. %
PAYMENT SCHEDULE 1 @ $

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current.
31-60 days: $ 0.00
61-90 days: $ 0.00
91-120 days and any additional 30 day period: $ 0.00
Annual Percentage Rate for each period: -1216.67 %, -1216.67 %, -608.34 %

Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

Itemization of Amount Financed: $ 6500.00
Amount Given to You Directly: $ 6500.00
Amount Refinanced: $

X _____    X _____
Signature on Redemption       Pledgor/Seller's Signature

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234