| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | **PAWN CONTRACT**<br>(for ALL types of pawn transactions)<br>PAGE: 3 of 5 |
|---|---|---|

| Name of Pledgor/Seller<br>JEFFERY BRUCE BRINSON | Identification Number<br>GA DRIVERS LICENSE 051617318 | Loan Number<br>**123289** |
|---|---|---|
| Address of Pledgor/Seller<br>1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made 04/04/2012 | Time Made 11:54:00 AM | Maturity Date |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| JCS | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

**AMOUNT FINANCED.** The amount of cash advanced or credit extended to you. $ 6500.00

You are giving a security interest in the following items:

7) SHOTGUN; FIREARM; REMINGTON 870EXPR MAG, #C769883M, 12 GA, PUMP; 28" BBL LIKE
8) SHOTGUN; FIREARM; BROWNING LIGHT TWELVE, #72G16947, 12 GA, SEMI-AUTO; 24" BBL 1972 MFG DATE HD CASE/BUTT PAD
9) RIFLE; FIREARM; SAVAGE 110, #G169203, 7MM MAG, BOLT ACTION; 25" BBL, BOLT ACTION, W/ SCOPE IN CASE

**FINANCE CHARGE.** The dollar amount the credit will cost you. $

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. %

**PAYMENT SCHEDULE** 1 @ $

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods <u>provided all fees and charges have been kept current.</u> | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % | | |
| Itemization of Amount Financed<br>$ 6500.00 | Amount Given to You Directly<br>$ 6500.00 | Amount Refinanced<br>$ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

X _____    X _____
Signature on Redemption             Pledgor/Seller's Signature

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | **PAWN CONTRACT**<br>(for ALL types of pawn transactions)<br>PAGE: 3 of 5 |
|---|---|---|

| Name of Pledgor/Seller<br>JEFFERY BRUCE BRINSON | Identification Number<br>GA DRIVERS LICENSE 051617318 | Loan Number<br>**123289** |
|---|---|---|
| Address of Pledgor/Seller<br>1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made 04/04/2012 | Time Made 11:54:00 AM | Maturity Date |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| JCS | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

**AMOUNT FINANCED.** The amount of cash advanced or credit extended to you. $ 6500.00

You are giving a security interest in the following items:

7) SHOTGUN; FIREARM; REMINGTON 870EXPR MAG, #C769883M, 12 GA, PUMP; 28" BBL LIKE
8) SHOTGUN; FIREARM; BROWNING LIGHT TWELVE, #72G16947, 12 GA, SEMI-AUTO; 24" BBL 1972 MFG DATE HD CASE/BUTT PAD
9) RIFLE; FIREARM; SAVAGE 110, #G169203, 7MM MAG, BOLT ACTION; 25" BBL, BOLT ACTION, W/ SCOPE IN CASE

**FINANCE CHARGE.** The dollar amount the credit will cost you. $

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. %

**PAYMENT SCHEDULE** 1 @ $

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods <u>provided all fees and charges have been kept current.</u> | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % | | |
| Itemization of Amount Financed<br>$ 6500.00 | Amount Given to You Directly<br>$ 6500.00 | Amount Refinanced<br>$ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

X _____    X _____
Signature on Redemption             Pledgor/Seller's Signature

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 <br> 1302 E JACKSON STREET <br> THOMASVILLE, GA 31792 | PAWN CONTRACT <br> (for ALL types of pawn transactions) <br> PAGE: 4 of 5 |
|---|---|---|

| Name of Pledgor/Seller <br> JEFFERY BRUCE BRINSON | Identification Number <br> GA DRIVERS LICENSE 051617318 | Loan Number <br> 123289 |
|---|---|---|
| Address of Pledgor/Seller <br> 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made <br> 04/04/2012 | Time Made <br> 11:54:00 AM | Maturity Date |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| JCS | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

| AMOUNT FINANCED. The amount of cash advanced or credit extended to you. | $ 6500.00 |
|---|---|
| FINANCE CHARGE. The dollar amount the credit will cost you. | $ |
| TOTAL OF PAYMENTS. Amount required to redeem pawn on or before the Maturity Date. | $ |
| ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | % |
| PAYMENT SCHEDULE 1 @ $ | |

You are giving a security interest in the following items:

10) SHOTGUN; FIREARM; BERETTA AL391, #AA432115, 20 GA, SEMI-AUTO; 26" BBL, LIKE NEW NEVER SHOT 5 CHOKES

11) RIFLE; FIREARM; AMBUSH FIREARMS A11, #AFBA000068, 6.8, SEMI-AUTO; 16" BBL MAGPUL TOCK COUNTER SNIP SCOPE

12) SHOTGUN; FIREARM; STOEGER COACHGUN, #A039041-10, 20 GA, SINGLE SHOT; 20" BBL SIDE BY SIDE W/ BSA LASER

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % | | |
| Itemization of Amount Financed <br> $ 6500.00 | Amount Given to You Directly <br> $ 6500.00 | Amount Refinanced <br> $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00 . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____  X _____
Signature on Redemption              Pledgor/Seller's Signature

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 <br> 1302 E JACKSON STREET <br> THOMASVILLE, GA 31792 | PAWN CONTRACT <br> (for ALL types of pawn transactions) <br> PAGE: 4 of 5 |
|---|---|---|

| Name of Pledgor/Seller <br> JEFFERY BRUCE BRINSON | Identification Number <br> GA DRIVERS LICENSE 051617318 | Loan Number <br> 123289 |
|---|---|---|
| Address of Pledgor/Seller <br> 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made <br> 04/04/2012 | Time Made <br> 11:54:00 AM | Maturity Date |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| JCS | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

| AMOUNT FINANCED. The amount of cash advanced or credit extended to you. | $ 6500.00 |
|---|---|
| FINANCE CHARGE. The dollar amount the credit will cost you. | $ |
| TOTAL OF PAYMENTS. Amount required to redeem pawn on or before the Maturity Date. | $ |
| ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. | % |
| PAYMENT SCHEDULE 1 @ $ | |

You are giving a security interest in the following items:

10) SHOTGUN; FIREARM; BERETTA AL391, #AA432115, 20 GA, SEMI-AUTO; 26" BBL, LIKE NEW NEVER SHOT 5 CHOKES

11) RIFLE; FIREARM; AMBUSH FIREARMS A11, #AFBA000068, 6.8, SEMI-AUTO; 16" BBL MAGPUL TOCK COUNTER SNIP SCOPE

12) SHOTGUN; FIREARM; STOEGER COACHGUN, #A039041-10, 20 GA, SINGLE SHOT; 20" BBL SIDE BY SIDE W/ BSA LASER

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % | | |
| Itemization of Amount Financed <br> $ 6500.00 | Amount Given to You Directly <br> $ 6500.00 | Amount Refinanced <br> $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00 . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____  X _____
Signature on Redemption              Pledgor/Seller's Signature

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | PAWN CONTRACT<br>(for ALL types of pawn transactions)<br>PAGE: 5 of 5 |
|---|---|---|

| Name of Pledgor/Seller: JEFFERY BRUCE BRINSON | Identification Number: GA DRIVERS LICENSE 051617318 | Loan Number: 123289 |
|---|---|---|
| Address of Pledgor/Seller: 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made: 04/04/2012 / Time Made: 11:54:00 AM | Maturity Date: |

| Emp In: JCS | Phone: 912 225-9388 | Race: I | Sex: M | D.O.B: 11/16/1965 | Height: 5'07" | Weight: 180 | Emp Out: |
|---|---|---|---|---|---|---|---|

You are giving a security interest in the following items:
13) RIFLE; FIREARM; HS PRECISION 2000 SA, #9019, .308, BOLT ACTION; 24" FLUTED HB, CS OPT, BIPOD, CASE,

- AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ 6500.00
- FINANCE CHARGE. The dollar amount the credit will cost you. $
- TOTAL OF PAYMENTS. Amount required to redeem pawn on or before the Maturity Date. $
- ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. %
- PAYMENT SCHEDULE 1 @ $

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
|  | $ 0.00 | $ 0.00 | $ 0.00 |  |  |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % |  |  |

Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 6500.00 | $ 6500.00 | $ |

X _____ Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

X _____ Pledgor/Seller's Signature

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | PAWN CONTRACT<br>(for ALL types of pawn transactions)<br>PAGE: 5 of 5 |
|---|---|---|

| Name of Pledgor/Seller: JEFFERY BRUCE BRINSON | Identification Number: GA DRIVERS LICENSE 051617318 | Loan Number: 123289 |
|---|---|---|
| Address of Pledgor/Seller: 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made: 04/04/2012 / Time Made: 11:54:00 AM | Maturity Date: |

| Emp In: JCS | Phone: 912 225-9388 | Race: I | Sex: M | D.O.B: 11/16/1965 | Height: 5'07" | Weight: 180 | Emp Out: |
|---|---|---|---|---|---|---|---|

You are giving a security interest in the following items:
13) RIFLE; FIREARM; HS PRECISION 2000 SA, #9019, .308, BOLT ACTION; 24" FLUTED HB, CS OPT, BIPOD, CASE,

- AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ 6500.00
- FINANCE CHARGE. The dollar amount the credit will cost you. $
- TOTAL OF PAYMENTS. Amount required to redeem pawn on or before the Maturity Date. $
- ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate. %
- PAYMENT SCHEDULE 1 @ $

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
|  | $ 0.00 | $ 0.00 | $ 0.00 |  |  |
| Annual Percentage Rate for each period. | -1216.67 % | -1216.67 % | -608.34 % |  |  |

Amount you must pay to redeem this transaction on or before the maturity date: $ 0.00. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

| Itemization of Amount Financed | Amount Given to You Directly | Amount Refinanced |
|---|---|---|
| $ 6500.00 | $ 6500.00 | $ |

X _____ Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

X _____ Pledgor/Seller's Signature

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | PAWN CONTRACT<br>(for ALL types of pawn transactions)<br>PAGE: 1 of 1 |
|---|---|---|

$19,997.63 pd. 10-15-12

| Name of Pledgor/Seller<br>JEFFERY BRUCE BRINSON | | | | | | | | Identification Number<br>GA DRIVERS LICENSE 051617318 | Loan Number<br>127597 |
|---|---|---|---|---|---|---|---|---|---|
| Address of Pledgor/Seller<br>1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | | | | | | | | Date Made<br>04/30/2012 · Time Made<br>08:54:00 AM | Maturity Date<br>10/15/2012 |
| Emp In<br>PDH | Phone<br>912 225-9388 | Race<br>I | Sex<br>M | D.O.B<br>11/16/1965 | Height<br>5' 07" | Weight<br>180 | Emp Out<br>PDH | AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ | 15000.00 |

You are giving a security interest in the following items:

1) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE, #SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER 2011
2) MISC.; OTHER; WITHIN 30 DAYS; APS AGREES TO SELL BACK FOR $16,875

**FINANCE CHARGE.** The dollar amount the credit will cost you. $

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. %

**PAYMENT SCHEDULE** 1 @ $

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed<br>$ 15000.00 | Amount Given to You Directly<br>$ 15000.00 | Amount Refinanced<br>$ | | | |

Amount you must pay to redeem this transaction on or before the maturity date $ _____. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

X _____
Pledgor/Seller's Signature

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | PAWN CONTRACT<br>(for ALL types of pawn transactions)<br>PAGE: 1 of 1 |
|---|---|---|

| Name of Pledgor/Seller<br>JEFFERY BRUCE BRINSON | | | | | | | | Identification Number<br>GA DRIVERS LICENSE 051617318 | Loan Number<br>127597 |
|---|---|---|---|---|---|---|---|---|---|
| Address of Pledgor/Seller<br>1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | | | | | | | | Date Made<br>04/30/2012 | Time Made<br>08:54:00 AM | Maturity Date<br>10/15/2012 |
| Emp In<br>PDH | Phone<br>912 225-9388 | Race<br>I | Sex<br>M | D.O.B<br>11/16/1965 | Height<br>5' 07" | Weight<br>180 | Emp Out<br>PDH | AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ | 15000.00 |

You are giving a security interest in the following items:

1) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE, #SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER 2011
2) MISC.; OTHER; WITHIN 30 DAYS; APS AGREES TO SELL BACK FOR $16,875

**FINANCE CHARGE.** The dollar amount the credit will cost you. $

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. %

**PAYMENT SCHEDULE** 1 @ $

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed<br>$ 15000.00 | Amount Given to You Directly<br>$ 15000.00 | Amount Refinanced<br>$ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ _____. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

X _____
Pledgor/Seller's Signature

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 1302 E JACKSON STREET THOMASVILLE, GA 31792 | **PAWN CONTRACT** (for ALL types of pawn transactions) PAGE: 1 of 1 |
|---|---|---|

| Name of Pledgor/Seller | Identification Number | Loan Number |
|---|---|---|
| JEFFERY BRUCE BRINSON | GA DRIVERS LICENSE 051617318 | 10027890 |

| Address of Pledgor/Seller | Date Made | Time Made | Maturity Date |
|---|---|---|---|
| 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | 04/30/2012 | 02:21:00 PM | |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

You are giving a security interest in the following items:
1) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE, #SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER 2011
2) MISC.; OTHER; WITHIN 30 DAYS; APS AGREES TO SELL BACK FOR $16,875

| | |
|---|---|
| **AMOUNT FINANCED.** The amount of cash advanced or credit extended to you. $ | 15000.00 |
| **FINANCE CHARGE.** The dollar amount the credit will cost you. $ | N/A |
| **TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $ | N/A |
| **ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. | N/A % |
| PAYMENT SCHEDULE 1 @ $ | N/A |

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed $ 15000.00 | Amount Given to You Directly $ 15000.00 | Amount Refinanced $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date: $ _____ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____    PAWNED FOR 30 DAYS ONLY    X _____
Signature on Redemption    SEE REVERSE SIDE FOR TERMS AND CONDITIONS.    Pledgor/Seller's Signature
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296 1302 E JACKSON STREET THOMASVILLE, GA 31792 | **PAWN CONTRACT** (for ALL types of pawn transactions) PAGE: 1 of 1 |
|---|---|---|

| Name of Pledgor/Seller | Identification Number | Loan Number |
|---|---|---|
| JEFFERY BRUCE BRINSON | GA DRIVERS LICENSE 051617318 | 10027890 |

| Address of Pledgor/Seller | Date Made | Time Made | Maturity Date |
|---|---|---|---|
| 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | 04/30/2012 | 02:21:00 PM | |

| Emp In | Phone | Race | Sex | D.O.B | Height | Weight | Emp Out |
|---|---|---|---|---|---|---|---|
| PDH | 912 225-9388 | I | M | 11/16/1965 | 5' 07" | 180 | |

You are giving a security interest in the following items:
1) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE, #SXSX0112D11; 20' WALK-THRU, 150 YAMAHA W/TRAILER 2011
2) MISC.; OTHER; WITHIN 30 DAYS; APS AGREES TO SELL BACK FOR $16,875

AMOUNT FINANCED $15000.00; FINANCE CHARGE N/A; TOTAL OF PAYMENTS N/A; ANNUAL PERCENTAGE RATE N/A %; PAYMENT SCHEDULE 1 @ $ N/A

PREPAYMENT: If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

31-60 days $0.00; 61-90 days $0.00; 91-120 days and any additional 30 day period $0.00. Itemization of Amount Financed $15000.00; Amount Given to You Directly $15000.00; Amount Refinanced $ ___ .

Amount you must pay to redeem this transaction on or before the maturity date: $ ___ . During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00 , if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00 , if all other charges and fees are current.

X _____    PAWNED FOR 30 DAYS ONLY    X _____
Signature on Redemption    SEE REVERSE SIDE FOR TERMS AND CONDITIONS.    Pledgor/Seller's Signature
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | **PAWN CONTRACT**<br>(for ALL types of pawn transactions)<br>PAGE: 1 of 2 |
|---|---|---|

| Name of Pledgor/Seller<br>JEFFERY BRUCE BRINSON | | | | | | | Identification Number<br>GA DRIVERS LICENSE 051617318 | Loan Number<br>10029262 |
|---|---|---|---|---|---|---|---|---|
| Address of Pledgor/Seller<br>1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | | | | | | | Date Made<br>10/15/2012   Time Made<br>09:07:00 AM | Maturity Date |
| Emp In<br>PDH | Phone<br>912 225-9388 | Race<br>I | Sex<br>M | D.O.B<br>11/16/1965 | Height<br>5'07" | Weight<br>180 | Emp Out | AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ | 15000.00 |

You are giving a security interest in the following items:
1) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE, #SXSX0112D111; 20' WALK-THRU, 150 YAMAHA W/TRAILER 2011
2) MISC.; OTHER; WITHIN 30 DAYS; APS AGREES TO SELL BACK FOR $16875.00
3) MISC.; OTHER;; 31-60DAY BUY BACK IS $18,750.00

**FINANCE CHARGE.** The dollar amount the credit will cost you. $ N/A
**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $ N/A
**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. N/A %
**PAYMENT SCHEDULE** 1 @ $ N/A

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed<br>$ 15000.00 | Amount Given to You Directly<br>$ 15000.00 | | Amount Refinanced<br>$ | | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

X _____
Pledgor/Seller's Signature

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | **PAWN CONTRACT**<br>(for ALL types of pawn transactions)<br>PAGE: 1 of 2 |
|---|---|---|

| Name of Pledgor/Seller<br>JEFFERY BRUCE BRINSON | | | | | | | Identification Number<br>GA DRIVERS LICENSE 051617318 | Loan Number<br>10029262 |
|---|---|---|---|---|---|---|---|---|
| Address of Pledgor/Seller<br>1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | | | | | | | Date Made<br>10/15/2012   Time Made<br>09:07:00 AM | Maturity Date |
| Emp In<br>PDH | Phone<br>912 225-9388 | Race<br>I | Sex<br>M | D.O.B<br>11/16/1965 | Height<br>5'07" | Weight<br>180 | Emp Out | AMOUNT FINANCED. The amount of cash advanced or credit extended to you. $ | 15000.00 |

You are giving a security interest in the following items:
1) BOAT; SPORTING EQUIPMENT; SEA HUNT 207LE, #SXSX0112D111; 20' WALK-THRU, 150 YAMAHA W/TRAILER 2011
2) MISC.; OTHER; WITHIN 30 DAYS; APS AGREES TO SELL BACK FOR $16875.00
3) MISC.; OTHER;; 31-60DAY BUY BACK IS $18,750.00

**FINANCE CHARGE.** The dollar amount the credit will cost you. $ N/A
**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $ N/A
**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. N/A %
**PAYMENT SCHEDULE** 1 @ $ N/A

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge.
See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed<br>$ 15000.00 | Amount Given to You Directly<br>$ 15000.00 | | Amount Refinanced<br>$ | | |

X _____
Signature on Redemption

PAWNED FOR 30 DAYS ONLY
SEE REVERSE SIDE FOR TERMS AND CONDITIONS.
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

X _____
Pledgor/Seller's Signature

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | PAWN CONTRACT<br>(for ALL types of pawn transactions)<br>PAGE: 2 of 2 |
|---|---|---|

| Name of Pledgor/Seller: JEFFERY BRUCE BRINSON | Identification Number: GA DRIVERS LICENSE 051617318 | Loan Number: 10029262 |
|---|---|---|
| Address of Pledgor/Seller: 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made: 10/15/2012 — Time Made: 09:07:00 AM | Maturity Date |

| Emp In: PDH | Phone: 912 225-9388 | Race: I | Sex: M | D.O.B: 11/16/1965 | Height: 5'07" | Weight: 180 | Emp Out: |
|---|---|---|---|---|---|---|---|

**AMOUNT FINANCED.** The amount of cash advanced or credit extended to you. $ 15000.00

**FINANCE CHARGE.** The dollar amount the credit will cost you. $

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. %

**PAYMENT SCHEDULE** 1 @ $

You are giving a security interest in the following items:
4) MISC.; OTHER; OUT FOR SALE TO, #GENERAL PUBLIC; NO PAYMENT FOR 60 DAYS BOAT WILL BE PUT

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed $ 15000.00 | Amount Given to You Directly $ 15000.00 | Amount Refinanced $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date $ _____. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

X _____  PAWNED FOR 30 DAYS ONLY  X _____
Signature on Redemption     SEE REVERSE SIDE FOR TERMS AND CONDITIONS.    Pledgor/Seller's Signature
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234

| Pawnbroker/Creditor | AMERICAN PAWN AND JEWELRY (229) 228-7296<br>1302 E JACKSON STREET<br>THOMASVILLE, GA 31792 | PAWN CONTRACT<br>(for ALL types of pawn transactions)<br>PAGE: 2 of 2 |
|---|---|---|

| Name of Pledgor/Seller: JEFFERY BRUCE BRINSON | Identification Number: GA DRIVERS LICENSE 051617318 | Loan Number: 10029262 |
|---|---|---|
| Address of Pledgor/Seller: 1681 FOX MEADOWS LN THOMASVILLE, GA 31757 | Date Made: 10/15/2012 — Time Made: 09:07:00 AM | Maturity Date |

| Emp In: PDH | Phone: 912 225-9388 | Race: I | Sex: M | D.O.B: 11/16/1965 | Height: 5'07" | Weight: 180 | Emp Out: |
|---|---|---|---|---|---|---|---|

**AMOUNT FINANCED.** The amount of cash advanced or credit extended to you. $ 15000.00

**FINANCE CHARGE.** The dollar amount the credit will cost you. $

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on or before the Maturity Date. $

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate. %

**PAYMENT SCHEDULE** 1 @ $

You are giving a security interest in the following items:
4) MISC.; OTHER; OUT FOR SALE TO, #GENERAL PUBLIC; NO PAYMENT FOR 60 DAYS BOAT WILL BE PUT

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge. See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

| Dollar amount needed to redeem pawn in individual periods provided all fees and charges have been kept current. | 31-60 days | 61-90 days | 91-120 days and any additional 30 day period | Date Paid | Amount Paid |
|---|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | | |
| Annual Percentage Rate for each period. | % | % | % | | |
| Itemization of Amount Financed $ 15000.00 | Amount Given to You Directly $ 15000.00 | Amount Refinanced $ | | | |

Amount you must pay to redeem this transaction on or before the maturity date $ _____. During the grace period following this transaction or following the 1st or 2nd extension, you may redeem this transaction for $ 0.00, if all other charges and fees are current. During the grace period following any extension after the 2nd, you may redeem this transaction for $ 0.00, if all other charges and fees are current.

X _____  PAWNED FOR 30 DAYS ONLY  X _____
Signature on Redemption     SEE REVERSE SIDE FOR TERMS AND CONDITIONS.    Pledgor/Seller's Signature
bpc #10-1009 - 3/1/2015 - Burrell Printing Co., Inc. - 800-531-5234