IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN RE: : | |
| ALPHA PROTECTIVE SERVICES, INC., : | Case No. 12-70482 |
| Debtor. : | Chapter 7 |

| | |
|---|---|
| NEIL C. GORDON, as Trustee in Bankruptcy : | |
| for Alpha Protective Services, Inc., : | |
| Plaintiff, : | |
| v. : | Adversary Proceeding |
| : | No. 14-07017 |
| AMERICAN PAWN SHOP, INC., as an : | |
| Initial Transferee or as Immediate Transferee; : | |
| ALPHA CONSULTING ENGINEERS, LLC, : | |
| f/k/a ALPHA CONSTRUCTION & : | |
| ENGINEERING, LLC f/k/a APS-AEC, LLC, : | |
| as Initial Transferee or as conduit to : | |
| John Pike, : | |
| Defendants. : | |

## MOTION TO DISMISS

COMES NOW Neil C. Gordon, in his capacity as Trustee in bankruptcy (herein "Trustee"), of Alpha Protective Services, Inc., through counsel, and moves the Court for an entry of an Order of Dismissal as to American Pawn Shop (herein "American Pawn Shop" or "Defendant") in this adversary proceeding. Trustee has settled all claims against the Defendant and, under the terms of the Settlement Agreement which has been executed between the parties, having been approved by the Court, this adversary proceeding should be dismissed, with prejudice, as to American Pawn Shop. All claims against Alpha Consulting Engineers, LLC (herein "ACE") were reserved. This adversary proceeding should be dismissed, without prejudice, as to ACE.

Respectfully submitted this 12th day of July, 2016.

*/s/ Fife M.Whiteside*
Fife M. Whiteside
Special Counsel for Trustee
Ga. State Bar No. 756025
P. O. Box 5383
Columbus, GA 31906
(706) 320-1215
whitesidef@mindspring.com